# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN E. HARRELL<br><br>and<br><br>DAWN D. HARRELL<br><br>      Plaintiffs<br>v.<br><br>DOUGLAS M. DELUCA<br><br>      Defendant. | Case No.: 1:20-cv-00087<br>(LO/MSN) |

## JOHN HARRELL'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT DOUGLAS DELUCA

Plaintiff John Harrell, by counsel, pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby serves the following requests for production of documents upon Douglas Deluca ("Deluca").

### DEFINITIONS AND INSTRUCTIONS

1. "Plaintiffs" means John and Dawn Harrell.

2. "Deluca", "you", or "your" means Douglas Deluca.

3. "Federal Home" means Federal Home LLC and its current or former officers, directors, employees, consultants, representatives, and agents, and all other persons acting or purporting to act on its behalf or at its direction.

4. "Federal Construction" means Federal Construction Company LLC and its current or former officers, directors, employees, consultants, representatives, and agents, and all other persons acting or purporting to act on its behalf or at its direction.

1

5. "Sotheby's" means TTR Sotheby's International Realty and its current or former officers, directors, employees, consultants, representatives, and agents, and all other persons acting or purporting to act on its behalf or at its direction, including Brendan Muha, Mark Lowham, and Jeremy Browne.

6. "Muha", "Lowham" and "Browne" means, respectively, Brendan Muha, Mark Lowham, and Jeremy Browne, individually.

7. "Sales Contract" shall mean the Sales Contract between Deluca and Plaintiffs dated April 3, 2019 and all amendments thereto.

8. "Construction Contract" shall mean the Post Closing Construction Agreement dated July 3, 2019 between Plaintiffs and "Douglas Deluca d/b/a Federal Home LLC."

9. "Property" shall mean the property located at 6122 Lee Highway in Arlington, Virginia.

10. "Action" shall mean the lawsuit between Plaintiffs and Deluca pending at the U.S. District Court for the Eastern District of Virginia, Case No. 1:20-cv-00087.

11. "Work" shall mean all construction or renovation work performed at the Property by Deluca, Federal Home or Federal Construction.

12. "Person" or "persons" means and includes any natural person, corporation (private or governmental), syndicate, trust, partnership, proprietorship, firm, group, association, joint venture, governmental or other public entity or agency, or any other form of organization or legal entity, and shall include your current or former employees and agents.

13. "Document" or "documents" is used in the broadest sense, and includes all tangible things and recorded information, including both the original or non-identical copy or draft. Examples of documents include, but are not limited to, handwritten, typed or printed

papers, handwritten notations, letters, cards, memoranda, invoices, purchase orders, diaries, electronic mail, financial statements, manuals, calendars, notes of telephone conversations, reports, receipts, correspondence, notes, ledger entries, accounting entries, computer print outs, tapes, billings, disks, time sheets, expenses, vouchers, cost statements, CD-ROM, and other forms of electronically or magnetically maintained information. The terms shall also include the file jackets, and labels thereon, in which responsive documents are maintained. Each Request for Production seeks the production of documents from any time period that meets the description set forth in that particular Request for Production.

14. "Relating to" or "referred to" mean concerning, containing, recording, discussing, mentioning, reflecting, noting, summarizing, commenting upon, describing, digesting, reporting, listing, analyzing or studying the subject matter identified in the request.

15. "And" and "or" shall be construed disjunctively or conjunctively as necessary in order to bring within the scope of each discovery request all information that might otherwise be construed to be outside its scope. The plural shall include the singular and the singular, shall include the plural.

16. "Communication(s)" shall mean and include any transmission or exchange of information between two or more persons, whether orally or in writing, including, without limitation, any discussion or information carried on or transmitted by means of letter, note, memorandum, interoffice correspondence, telephone, telegraph, telex, telecopy, e-mail, cable, or some other electronic or other medium.

17. "All" and "any" shall mean and include "any and all."

18. If any document responsive to these requests for production of documents was formerly in the possession, custody or control of Deluca and has been lost or destroyed, you are

requested to submit a written statement in lieu of each document that (a) describes in detail the nature of the document and its contents; (b) identifies the person who prepared or authored the document, and if applicable, the person to whom the document was sent; (c) specifies the date on which the document was prepared or sent, or both; (d) specifies, if possible, the date on which the document was lost or destroyed, and if destroyed, the conditions or reasons for such destruction and the persons requesting or performing the destruction.

19. If you believe that any of the following requests call for information that you claim is privileged material, and such material is not a communication between Deluca and his counsel in the Action, identify so much of the information as is not objected to, and set forth, with respect to such information as to which a claim of privilege is asserted, the nature of the privilege claimed (*e.g.*, attorney work product, attorney-client) and the basis for your claim. For each document or part of a document as to which you claim privilege, state: (a) the date thereof; (b) the type, title, and subject matter of the document, sufficient to assess whether the assertion of privilege is valid; (c) the name of the person or persons who prepared or signed the document; (d) the name and positions of any intended and actual recipients of the document; (e) each person now in possession of the original or a copy of the document; (f) the nature of the privilege being claimed and any facts relevant to the claim; (g) the number of the request to which the document is responsive. If, for reasons other than a claim of privilege, you refuse to identify any documents responsive to these requests, state the grounds upon which the refusal is based with sufficient specificity to permit a determination of the propriety of such refusal. In the event that you object to any request on the basis that it is overbroad for any reasons, please respond to that request in such a way as to render it not overbroad in your opinion, and state the extent to which you have narrowed that request for purposes of your response. If there are no documents

4

5/14945.1

responsive to a request, so state. These requests for production of documents are continuing in nature, and should you acquire additional responsive information or documents, your responses shall be promptly supplemented to provide the additional information.

20. These requests for production encompass all information, documents, and records that are in the possession, custody or control of Deluca and all other persons acting or purporting to act on her behalf or at her direction.

21. Each definition or instruction above may, in whole or in part, be reiterated in a particular request or a particular request may incorporate supplemental instructions or definitions.

## **REQUESTS FOR PRODUCTION**

1. Produce all communications between Deluca and any person relating to the claims and defenses in the Action, the Sales Contract, the Construction Contract or the Work.

2. Produce all communications between Deluca and Sotheby's or Muha or Lowham, or Browne relating to the claims and defenses in the Action, the Sales Contract, the Construction Contract or the Work.

3. Produce all communications between Deluca, Federal Home or Federal Construction and any person relating to the certificates of insurance or insurance policies referenced in the certificates of insurance attached hereto as **EXHIBIT A**, or any other insurance policy covering the Property or the Work at any time between April 3, 2019 and the present day.

4. Produce all insurance policies and certificates of insurance for any policy covering the Property or the Work at any time between April 3, 2019 and the present day.

5. Produce all documents, including invoices, proof of payment and job cost reports, relating to any costs incurred by Deluca, Federal Home or Federal Construction relating to the

Work, the Sales Contract or the Construction Contract including labor, equipment, material, suppliers, and subcontractors.

6. Produce all documents which you rely on to support the denial of any allegations in the Plaintiffs Complaint.

7. Produce all documents identified or relied upon responding to any interrogatories in the Action.

8. Produce any documents produced in response to a third-party subpoena issued by you in the Action.

9. Produce all documents, including but not limited to, status reports, internal reports, notes, memoranda, minutes, journals, daily logs, and field notes relating to the Work, the Sale Contract or the Construction Contract.

10. Produce all photographs relating to the Work or the Property.

11. Produce all timesheets or payroll records relating to any Work performed at the Property pursuant to the Sales Contract or Construction Agreement.

12. Produce all invoices, payment applications or other documents in which any entity requested payment for the Work and any construction work or materials furnished to the Property pursuant to the Sales Contract or Construction Contract.

13. Produce all budgets, budget reports, cost projections, financial statements and any other documents which evidence, relate to pertain to the cost of completing any of the Work at the Property pursuant to the Sales Contract and Construction Contract

14. Produce all documents in your expert witness's file relating to the captioned lawsuit, including, without limitation: all communications between you and the expert or your attorney and the expert; all underlying documents, correspondence, test results, photographs, and

reference materials consulted by the expert; your agreement with the expert; the expert's current curriculum vitae; all documents supporting the expert's qualifications to testify as an expert in the trial of the captioned lawsuit; all reports written by the expert or for the expert, including drafts, interim and final reports; all documents that the expert reviewed that support any opinion he or she intends to render at the trial of the captioned lawsuit; and all documents that the expert reviewed that are not consistent with any opinion he or she intends to render at the trial of the above-captioned case.

15. Provide all documents constituting, evidencing, reflecting or relating to estimates or bids by any subcontract or material supplier for the Work performed pursuant to the Sales Contract or Construction Contract.

16. Produce all entries in any check registry or other financial ledger relating to payments made to subcontractors or suppliers or other third parties which performed Work or furnished materials to complete the construction work required under the Sales Contract or Construction Contract.

17. Produce all receipts or other proof of payment documents relating to payments made to subcontractors or suppliers or other third parties which performed Work or furnished materials to complete the construction work required under the Sales Contract or Construction Contract, including but not limited to receipts for the master bath tile, the front gates, the outdoor refrigerator drawers, the door stops (including any restocking fee) and all other items described in any Exhibit to the Sales Contract, and any amendment thereto.

18. Produce all subcontracts or purchase orders between you, Federal Home or Federal Construction and any subcontractors or suppliers or other third parties which performed

Work or furnished materials to complete the construction work required under the Sales Contract or Construction Contract.

19. Provide the original certificates of insurance shown in the copies attached hereto as **EXHIBIT A**. If received electronically, provide the email of transmission.

20. Original versions of the letters dated October 28, 2019 attached hereto as **EXHIBIT B**. If received by email, provide the transmitting email.

21. Produce all communication between you, Federal Home or Federal Construction and Soil & Structure, Consulting, Inc. or Amol Fulambarkar relating to the Work, the Property or any of the claims and defenses in the Action.

22. Produce all communications between Deluca, Federal Home or Federal Construction and Arlington county relating to the Property or the Work.

23. Produce all permit applications and any document submitted in support of any permit application for construction work on the Property.

24. Produce all drawings or plans pertaining to Work performed on the Property.

25. Produce any third-party report regarding the roof on the Property and all and all communications between Deluca, Federal Home or Federal Construction concerning the roof on the Property.

26. Any and all document relating to whether the work complied with Environmental Protection Agency lead paint regulations.

27. Produce any spray foam certificate for spray foam work performed at the Property.

28. Any and all correspondence between Deluca, Federal Home or Federal Construction and Brian B Quick relating to the Property, the Work or the claims and defenses in the Action.

Dated: June 2, 2020

Respectfully submitted,

/s/ Thomas R. Lynch
Thomas R. Lynch, Esq. (VSB No. 73158)
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, D.C. 20036
Email: tlynch@babc.com
(202) 393-7150 (telephone)
(202) 347-1694 (facsimile)
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JUNE 2, 2020, I SERVED A TRUE AND CORRECT COPY OF THE FOREGOING ON THE FOLLOWING COUNSEL OF RECORD THROUGH U.S. MAIL AND EMAIL.

RAIGHNE C. DELANEY
JUANITA F. FERGUSON
MALCOLM W. THOMAS
BEAN KINNEY & KORMAN, P.C.
2311 WILSON BLVD, SUITE 500
ARLINGTON, VA 22201
*COUNSEL FOR DOUGLAS DELUCA*

/s/ THOMAS R. LYNCH
THOMAS LYNCH (VSB NO. 73158)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
Telephone: (202) 393-7150
Facsimile: (202) 719-8394
Email: tlynch@bradley.com
*COUNSEL FOR PLAINTIFFS*

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 07/01/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Creative Insurance Solutions LLC
9812 Falls RD #114-146
Potomac MD 20854

**CONTACT NAME:** Daniel Garedew
**PHONE (A/C, No, Ext):** (240) 290-0051
**E-MAIL ADDRESS:** daniel@cisfast.com

**INSURER(S) AFFORDING COVERAGE** — **NAIC #**
**INSURER A:** Burns & Wilcox
**INSURER B:**
**INSURER C:**
**INSURER D:**
**INSURER E:**
**INSURER F:**

**INSURED**
Federal Construction Company
1101 Chain Bridge Rd
McLean VA 22101

**COVERAGES** — **CERTIFICATE NUMBER:** — **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **COMMERCIAL GENERAL LIABILITY** [X] CLAIMS-MADE [X] OCCUR — GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC OTHER: | | X | A4054899 | 09/25/2018 | 09/25/2019 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| | | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS [ ] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** [ ] OCCUR **EXCESS LIAB** [ ] CLAIMS-MADE DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | BUILDERS RISK INSURANCE | | X | A4054899 | 09/25/2018 | 09/25/2019 | DWELLING COVERAGE | $2,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
THIS POLICY IS A BUILDER'S RISK ALL RISK POLICY (WITH MORTGAGEE'S LOSS PAYABLE CLAUSE IN FAVOR OF JOHN AND DAWN HARRELL AND MAIN STREET BANK AND WITH A PHYSICAL LOSS FORM ENDORSEMENT), WITHOUT CO-INSURANCE, IN AN AMOUNT OF $2,000,000 WHICH IS 100% REPLACEMENT COST OF THE HOUSE, WITH THE STANDARD CONDITIONS; (II) PUBLIC LIABILITY INSURANCE WITH LIMITS OF LIABILITY OF $1,000,000 PER OCCURRENCE; AND (III) WORKERS COMPENSATION INSURANCE AS REQUIRED BY APPLICABLE STATE LAW.

**CERTIFICATE HOLDER**
JOHN & DAWN HARRELL AND MAIN STREET BANK
6122 LEE HIGHWAY
ARLINGTON, VA 22205

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Daniel Garedew*

© 1988-2015 ACORD CORPORATION
ACORD 25 (2016/03) — The ACORD name and logo are registered marks of ACORD


EXHIBIT A

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 07/02/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Custom Contractors Insurance, LLC
PO Box 3430
Sedona AZ 86340

**CONTACT NAME:** Tim Allred
**PHONE (A/C, No, Ext):** (888) 652-4513
**FAX (A/C, No):** (888) 274-7438
**E-MAIL ADDRESS:** info@customcontractorsinsurance.com

**INSURER(S) AFFORDING COVERAGE** | **NAIC #**
INSURER A: AIX SPECIALTY INSURANCE COMPANY
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**INSURED**
Federal Home LLC
1101 Chain Bridge Road
McLean VA 22101

**COVERAGES** CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS-MADE [X] OCCUR | X | X | SIZGL4703A219799 | 06/19/2019 | 06/19/2020 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $50,000 |
| | | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC OTHER: | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS [ ] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR [ ] EXCESS LIAB [ ] CLAIMS-MADE DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Dawn and John Harrell
6122 Lee Highway
Arlington, Virginia 22205

Main Street Bank (Additionally Insured)

**CERTIFICATE HOLDER**
Dawn and John Harrell
6122 Lee Highway
Arlington, Virginia 22205
Main Street Bank (Additionally Insured)

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03) The ACORD name and logo are registered marks of ACORD



**SOIL & STRUCTURE CONSULTING, INC.**
STRUCTURAL · GEOTECHNICAL · CIVIL

1889 PRESTON WHITE DRIVE
SUITE 104
RESTON, VA 20191
(703) 391-8911
FAX (703) 995-4680
www.soilandstructure.com
andy@soilandstructure.com

October 28th, 2019

Doug DeLuca
Federal Homes,
1101 Chain Bridge Road,
McLean, VA
Page 1 of 1

**RE:** Adequacy check of steel beam at first floor Kitchen for **"6122 Lee Hwy, Arlington, VA"**

Dear Doug,

Soil & Structure Consulting, Inc. has checked the adequacy of existing W8x67 steel beam provided for the new opening between Kitchen and Family room at rear of house for anticipated loads at above mentioned property. We found the provided W8x67 steel beam with intermediate masonry column is adequate. Refer to revised second floor framing plan on sheet S-3 of structural drawings.

Thank you for the opportunity to serve as your engineering consultant. If you have any questions, please give us a call

Sincerely,
Soil & Structure Consulting, Inc.

Amol (Andy) Fulambarkar, P.E.

[Seal: COMMONWEALTH OF VIRGINIA PROFESSIONAL ENGINEER, AMOL FULAMBARKAR, Lic. No. 0402044734]



EXHIBIT B



**SOIL & STRUCTURE**
CONSULTING, INC.
STRUCTURAL · GEOTECHNICAL · CIVIL

1889 PRESTON WHITE DRIVE
SUITE 104
RESTON, VA 20191
(703) 391-8911
FAX (703) 995-4680
www.soilandstructure.com
andy@soilandstructure.com

October 28th, 2019

Doug DeLuca
Federal Homes,
1101 Chain Bridge Road,
McLean, VA
Page 1 of 1

**RE: Adequacy check of steel beam at first floor Kitchen and crack in the brick veneer above the garage opening at "6122 Lee Hwy, Arlington, VA"**

Dear Doug,

Soil & Structure Consulting, Inc. has checked the adequacy of existing W8x67 steel beam provided for the new opening between Kitchen and Family room at rear of house for anticipated loads at above mentioned property. We found the provided W8x67 steel beam with intermediate masonry column is adequate. Refer to revised second floor framing plan on sheet S-3 of structural drawings.

Settlement crack was observed over the garage opening and as a remedial measure new beam was installed. It was recommended to re-point the joints after the beam installation. The crack and other joints were pointed as suggested and appears to be in good condition.

Thank you for the opportunity to serve as your engineering consultant. If you have any questions, please give us a call

Sincerely,
Soil & Structure Consulting, Inc.

Amol (Andy) Fulambarkar, P.E.

*[Professional Engineer seal: AMOL FULAMBARKAR, Lic. No 0402044734, Commonwealth of Virginia]*



**SOIL & STRUCTURE**
CONSULTING INC.
STRUCTURAL • GEOTECHNICAL

1889 PRESTON WHITE DRIVE
SUITE 100
RESTON, VA 20191
(703) 391-8911
FAX (703) 995-4680
www.soilandstructure.com
andy@soilandstructure.com

October 28th, 2019

Doug DeLuca
Federal Homes,
1101 Chain Bridge Road,
McLean, VA
Page 1 of 1

**RE: Adequacy check of steel beam at first floor Kitchen and crack in the brick veneer above the garage opening at "6122 Lee Hwy, Arlington, VA"**

Dear Doug,

Soil & Structure Consulting, Inc. has checked the adequacy of existing W8x67 steel beam provided for the new opening between Kitchen and Family room at rear of house for anticipated loads at above mentioned property. We found the provided W8x67 steel beam with intermediate masonry column is adequate. Refer to revised second floor framing plan on sheet S-3 of structural drawings.

Settlement crack was observed over the garage opening and as a remedial measure new beam was installed. It was recommended to re-point the joints after the beam installation. The crack and other joints were pointed as suggested and appears to be in good condition.

Thank you for the opportunity to serve as your engineering consultant. If you have any questions, please give us a call

Sincerely,
Soil & Structure Consulting, Inc.

Amol (Andy) Fulambarkar, P.E.