f going through your photos you sent.

I will respond to all of t

DELUC-00485

he mindividually but I t would helpful if you described as well

DELUC-00486

I.

An example you sent a photo of trim in the mudroom. As you we

DELUC-00487

see on the left side photo to the gap.

As you will see on the right i g h t i

DELUC-00488

t has been corrected. This was from almost 2 weeks ago prior to

DELUC-00489

the Dutch Door being installed after the temporary was remove

DELUC-00490

d. Can you please review your photos from this morning at 12:3

DELUC-00491

0

A

M
o
n
t
o
e
n
s
u
r
e
t
h
e
y
a
r
e
a
c
c
u
r
a
t
e
?

I
a
m
c
o
n
s
t
a
n
t
l
y
u
p
d
a
t
i
n
g
.

DELUC-00492

Please see responses below in **Bold**.

Doug De

DELUC-00493

Lucas sent from my iPhone

On Sep 3, 2019, at 1:03 PM, Dawn Harrel

26

I <dmduncan22001@yahoo.com> wrote:

Doug,

We are trying to

DELUC-00495

get a better understanding of the permits on our house.

1)

DELUC-00496

What are the plans for inspections this week?

I didn't see any

DELUC-00497

scheduled.

The subpanel requirement was noted in the June 11

DELUC-00498

this inspection for concealments does n', t appear to be related

DELUC-00499

to the sauna-isn't that subpanel located in the Master and on a

DELUC-00500

separate permit?

The renovation permit was inspected and th

DELUC-00501

e inspector also went and saw the subpanel in the owner suite an

DELUC-00502

d noted on the renovation permit that the Renovation Permit sh

DELUC-00503

ould be amended to be reflected.

2) What permit is the Carria

DELUC-00504

ge House under?

**The Renovation it is all existing and replace**

37

DELUC-00505