## Lynch, Thomas

| | |
|---|---|
| **From:** | Lynch, Thomas |
| **Sent:** | Monday, October 5, 2020 3:22 PM |
| **To:** | 'Juanita F. Ferguson' |
| **Subject:** | RE: Time for a Call |

Juanita,

Per our call, I agree to allow Mr. Deluca until 10/14 to make a complete document production. Any disputes still open after that I will have to take to the Court. We scheduled 10/19 at 12PM as a meet and confer date to discuss any outstanding issues.

I think we see eye to eye on the confidentiality agreement but you are going to speak with your client to make sure that can be executed.

Tom

**Thomas Ryan Lynch**
Partner | Bradley
tlynch@bradley.com
202.719.8228

---

**From:** Juanita F. Ferguson <jferguson@beankinney.com>
**Sent:** Monday, October 5, 2020 11:22 AM
**To:** Lynch, Thomas <tlynch@bradley.com>
**Subject:** RE: Time for a Call

Ok I will call you.

**Juanita F. Ferguson**



2311 Wilson Blvd., Suite 500
Arlington, VA 22201
703.284.7243 direct | 703.525.4000 main | 703.525.2207 fax
jferguson@beankinney.com | vcard | bio
beankinney.com

Click here to securely upload files.

---

**From:** Lynch, Thomas <tlynch@bradley.com>
**Sent:** Monday, October 5, 2020 11:00 AM
**To:** Juanita F. Ferguson <jferguson@beankinney.com>
**Subject:** RE: Time for a Call

Let's do 230

**Thomas Ryan Lynch**
Partner | Bradley
tlynch@bradley.com
202.719.8228

---

**From:** Juanita F. Ferguson <jferguson@beankinney.com>
**Sent:** Monday, October 5, 2020 10:58 AM
**To:** Lynch, Thomas <tlynch@bradley.com>
**Subject:** Time for a Call

**[External Email]**

Good morning, I just left a voicemail.  Are you available to speak about the supplemental document production and the proposed Addendum to the Confidentiality Agreement this afternoon at 2:00, 2:30 or 3:00.  If none of those times work, I am available anytime tomorrow morning also.  Thanks

   **Juanita F. Ferguson**


2311 Wilson Blvd., Suite 500
Arlington, VA 22201
703.284.7243 direct │ 703.525.4000 main │ 703.525.2207 fax
jferguson@beankinney.com │ vcard │ bio
beankinney.com

Click here to securely upload files.

---

THE INFORMATION CONTAINED IN THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE ERASE ALL COPIES OF THE MESSAGE AND ITS ATTACHMENTS AND IMMEDIATELY NOTIFY BEAN, KINNEY & KORMAN, P.C., BY TELEPHONE. THANK YOU.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

THE INFORMATION CONTAINED IN THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE ERASE ALL COPIES OF THE MESSAGE AND ITS ATTACHMENTS AND IMMEDIATELY NOTIFY BEAN, KINNEY & KORMAN, P.C., BY TELEPHONE. THANK YOU.