**EXHIBIT F**

## Lynch, Thomas

| | |
|---|---|
| **From:** | Lynch, Thomas |
| **Sent:** | Thursday, October 15, 2020 2:13 PM |
| **To:** | Juanita F. Ferguson |
| **Subject:** | RE: Harrell v. DeLuca |

This is received. It is not leaving much time to review the supplemental production before meet and confer. Please send as soon as possible. All rights reserved.

**Thomas Ryan Lynch**
Partner | Bradley
tlynch@bradley.com
202.719.8228

**From:** Juanita F. Ferguson <jferguson@beankinney.com>
**Sent:** Wednesday, October 14, 2020 5:26 PM
**To:** Lynch, Thomas <tlynch@bradley.com>
**Subject:** Harrell v. DeLuca

**[External Email]**

Hi Tom, we received additional documents from Mr. DeLuca today and are in the process of reviewing. I understand we have a meet and confer scheduled for Monday and will have what we received to you prior this week for your review. I apologize for any inconvenience. Have a good evening.



**Juanita F. Ferguson**



2311 Wilson Blvd., Suite 500
Arlington, VA 22201
703.284.7243 direct | 703.525.4000 main | 703.525.2207 fax
jferguson@beankinney.com | vcard | bio
beankinney.com



Click here to securely upload files.

THE INFORMATION CONTAINED IN THIS MESSAGE IS ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE ERASE ALL COPIES OF THE MESSAGE AND ITS ATTACHMENTS AND IMMEDIATELY NOTIFY BEAN,

KINNEY & KORMAN, P.C., BY TELEPHONE. THANK YOU.

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.