EXHIBIT G

In process.

=blockquote type="cite">

<image2.png>

~~Sent from my iPhone~~

~~On Aug 30, 2019, at 1:24 PM, John Harrell (US Tax)=<john.harrell@pwc.com> wr=te:~~

~~I'm very confused.~~

6

Maybe we could go permit by permit and list out the plan for offina

DELUC-01978

If including the fence and the stone wall) =

please let us kne

DELUC-01979

9

DELUC-01980

t from my iphone

On Aug 30, 2019, at 11:15 PM, Doug DeLuca <ddelu

10

DELUC-01981

e
a
@
f
e
d
e
r
a
l
e
m
p
a
n
y
r
e
e
m
>
w
r
o
t
e
:

I
t
w
a
s
b
u
t
t
h
e
e
l
e
c
t
r
i
c
s
o
m
e

DELUC-01982

how get pla= eon the renovation permit. -The close in ain in specti

DELUC-01983

ennoted the subpan=l. - We will have it resolved.

Tha=k you

DELUC-01984

Doug DeLuca

Sent from my iPhone

<span> On Aug 30, 2019, at 1

14

DELUC-01985

15

DELUC-01986

I thought that was the separate permit for the addition,

DELUC-01987

17

DELUC-01988

DELUC-01989

12:43 PM, Doug DeLuca <ddeluca@federalcompany.com> wrote:

DELUC-01990

=blockquotetype="cite">He postponed it because it old him

DELUC-01991

We are amending the subpanel for the sauna. - We are amending te

DELUC-01992

d
a
y
-
i
a
l
s
=
u
p
d
a
t
e
d
t
h
e
p
l
a
n
s
t
o
r
e
f
l
e
c
t
i
t
s
f
i
n
a
l
l
o
c
a
t
i
o
n
a
f

22

termoving the bathwall =

Thank you.

DougDeLuca

< = loekqu

23

DELUC-01994

otetype="cite">Sent from my iphone

On Aug 30, 2019, at 12:36

DELUC-01995

~~PM, John Haffell (US-Tax) <john.haffell@bw=:eom> wrote:~~

DELUC-01996

Thank you.

=blockquotetype="cite">

The final electrica

DELUC-01997