EXHIBIT I

9:43

 1   
Doug >

Great zoning reviewed. The lot coverage worksheet is already submitted. I need to remove the pool because it is throwing everything off.

I'll update the plan

Sat, Aug 10, 9:37 PM

Hey Doug, lmk if there is anything I can do or help with. I know they have requested a lot of stuff.

Sun, Aug 11, 6:56 AM

All good. I will respond Monday. Let me know if there is a good time to catch up.

Mon, Aug 12, 9:50 AM

Did he ever reschedule his move?

I am not sure. I can find out.

Master bath tile arrives 10th?

  iMessage 

