EXHIBIT J



I have photo documented everything through this project and have built it as my own.

This doesn't answer the question

The county wants a certificate and none of these pictures are of the crawl space

These are simple questions.

Pictures of irrelevant things are not responsive.

The permit says they need a foam certificate. What is that?