# EXHIBIT K

**From:** Brendan Muha <bmuha@ttrsir.com>
**Date:** August 5, 2019 at 2:26:24 PM EDT
**To:** john Harrell <johneharrell@gmail.com>, Dawn Harrell <dmduncan22001@yahoo.com>
**Subject: Re: Honeysuckle Hill - Features & Sketches**

Hi John & Dawn,

I do not disagree, I would need to go back through our conversations though to confirm the grill situation. We did most credit conversations on conference calls together and Doug must have misunderstood. If it was a miscalculation or mistake, I think we should address with Doug and utilize the escrow if necessary to compensate. I think we can easily do that to rectify the mirror issue as well.

In regard to correspondence, Doug and I rarely communicate via email. I will have to review our texts dating pretty far back to lend you better detail. I do know that when I had a service attempt to measure square footage during construction they said the property was approximately 6000 square feet without the addition.

Please let me know, if possible, how you would like me to rectify this with Doug. I think he would work to resolve any issue if you tell him directly that is how you feel regarding the mirror and grill. Thanks.

Best,

Brendan

BRENDAN M MUHA
Realtor

TTR | Sotheby's International Realty
2300 Clarendon Boulevard
Arlington, Virginia 22203

571 217 0939 m
brendan.muha@sir.com

1