EXHIBIT L

12:31





Doug >

Feb 4, 2019, 3:36 PM

Mark,
Hope this finds you well. Is your client still looking for a large lot in Arlington?

Yes



6122 Lee Highway, Arlington

Total is around an acre?

Yes 1 acre



TTR-000515

12:32





Doug >

Yes 1 acre



A great center hall

Beautiful! What would you sell the entire property for?

It's so hard to calculate. I'm at $4.2 for the entire house and guest house completed high level finishes on 1 acre. The issue it is 4 sub divided lots. The 2 front are $600, $600 back left lot $1m and then how to evaluate the main house and land.



iMessage


TTR-000516