# EXHIBIT M

**Daniel Garedew**
---

| | |
|---|---|
| **From:** | Daniel Garedew |
| **Sent:** | Friday, June 26, 2020 8:13 AM |
| **To:** | Steven Bender (Steven@CreativeInsuranceSolution.com); Heather Dunn |
| **Subject:** | FW: Requirements |
| **Attachments:** | COI for Federal Construction for John and Dawn Harrell and Main Street Bank.pdf |

I did a search for Deluca and COI

Daniel Garedew
Sales Manager
9812 Falls Rd #114-146 Potomac, MD 20854
240-290-0051 Phone
301-977-7787  Fax
Daniel@cisfast.com
Auto, Home, Life, Business, Renters, Condo, Umbrella and Jewelry Insurance *A Risk Strategies Company


This email and any attached documents are intended only for the addressee named above and may contain confidential information belonging to the sender which is legally privileged and confidential. If you are not the intended recipient, any disclosure, copying or distribution of the contents of this email is strictly prohibited. If received in error, please notify us immediately by responding to this email. Thank you.



-----Original Message-----
From: Daniel Garedew
Sent: Tuesday, July 2, 2019 9:55 AM
To: Doug DeLuca <ddeluca@federalcompany.com>
Subject: RE: Requirements

Hello Doug,
I emailed you a No-loss Letter- please E-sign the form ASAP, we need that in order to issue the COI. The total cost to extend the Builders risk for 3 months is $822.29 (can't do 2 months).
Thanks,

Daniel Garedew
Sales Manager
9812 Falls Rd #114-146 Potomac, MD 20854
240-290-0051 Phone
301-977-7787  Fax
Daniel@cisfast.com
Auto, Home, Life, Business, Renters, Condo, Umbrella and Jewelry Insurance


-----Original Message-----
From: Doug DeLuca <ddeluca@federalcompany.com>
Sent: Monday, July 1, 2019 6:32 PM
To: Daniel Garedew <daniel@creativeinsurancesolution.com>

Subject: Re: Requirements

Were you able to send the certificate?

Doug DeLuca
Sent from my iPhone

> On Jul 1, 2019, at 3:53 PM, Doug DeLuca <ddeluca@federalcompany.com> wrote:
>
> Thank you
>
> Doug DeLuca
> Sent from my iPhone
>
>> On Jul 1, 2019, at 3:35 PM, Daniel Garedew <daniel@creativeinsurancesolution.com> wrote:
>>
>> Ok, I have sent the request to extend the Builders risk coverage even though you do Not have an Insurable interest once the home is sold. I will send the Certificate of Insurance shortly.
>> Thank you,
>>
>> Daniel Garedew
>> Sales Manager
>> 9812 Falls Rd #114-146 Potomac, MD 20854
>> 240-290-0051 Phone
>> 301-977-7787  Fax
>> Daniel@cisfast.com
>> Auto, Home, Life, Business, Renters, Condo, Umbrella and Jewelry
>> Insurance
>>
>>
>> -----Original Message-----
>> From: Doug DeLuca <ddeluca@federalcompany.com>
>> Sent: Monday, July 1, 2019 2:34 PM
>> To: Daniel Garedew <daniel@creativeinsurancesolution.com>
>> Subject: Re: Requirements
>>
>> Yes
>>
>> Doug DeLuca
>> Sent from my iPhone
>>
>>> On Jul 1, 2019, at 2:24 PM, Daniel Garedew <daniel@creativeinsurancesolution.com> wrote:
>>>
>>> The address I am seeing is 6122 Lee Hwy Arlington, VA 22205, is that correct?
>>>
>>> Daniel Garedew
>>> Sales Manager
>>> 9812 Falls Rd #114-146 Potomac, MD 20854
>>> 240-290-0051 Phone
>>> 301-977-7787  Fax
>>> Daniel@cisfast.com
>>> Auto, Home, Life, Business, Renters, Condo, Umbrella and Jewelry

\>\>\> Insurance
\>\>\>
\>\>\>
\>\>\> -----Original Message-----
\>\>\> From: Daniel Garedew
\>\>\> Sent: Monday, July 1, 2019 2:22 PM
\>\>\> To: Doug DeLuca <ddeluca@federalcompany.com>
\>\>\> Subject: RE: Requirements
\>\>\>
\>\>\> Please confirm the property that is being sold tomorrow: the existing structure or the new ground-up construction?
\>\>\>
\>\>\> Daniel Garedew
\>\>\> Sales Manager
\>\>\> 9812 Falls Rd #114-146 Potomac, MD 20854
\>\>\> 240-290-0051 Phone
\>\>\> 301-977-7787  Fax
\>\>\> Daniel@cisfast.com
\>\>\> Auto, Home, Life, Business, Renters, Condo, Umbrella and Jewelry
\>\>\> Insurance
\>\>\>
\>\>\>
\>\>\> -----Original Message-----
\>\>\> From: Doug DeLuca <ddeluca@federalcompany.com>
\>\>\> Sent: Monday, July 1, 2019 12:39 PM
\>\>\> To: Daniel Garedew <daniel@creativeinsurancesolution.com>; Daniel
\>\>\> Garedew <daniel@creativeinsurancesolution.com>
\>\>\> Subject: Requirements
\>\>\>
\>\>\> This is what they are asking for..
\>\>\>
\>\>\> 3. Insurance —
\>\>\>
\>\>\> (i) a builder's all risk insurance policy (with a mortgagee's loss payable clause in favor of John and Dawn Harrell and Main Street Bank and with a physical loss form endorsement), without co-insurance, in an amount not less than one hundred percent (100%) of the replacement cost of the house, with the standard conditions; (ii) public liability insurance with limits of liability equal to at least $500,000 per occurrence; and (iii) workers' compensation insurance as required by applicable state law.
\>\>\>
\>\>\> Thank you,
\>\>\> Doug
\>\>\>
\>\>\> Doug DeLuca
\>\>\> Sent from my iPhone
\>\>
\>