# EXHIBIT N



1889 PRESTON WHITE DRIVE<br>
SUITE 104<br>
RESTON, VA 20191<br>
(703) 391-8911<br>
FAX (703) 995-4680<br>
www.soilandstructure.com<br>
andy@soilandstructure.com

October 28th, 2019

Doug DeLuca
Federal Homes,
1101 Chain Bridge Road,
McLean, VA
Page 1 of 1

**RE:** Adequacy check of steel beam at first floor Kitchen for **"6122 Lee Hwy, Arlington, VA"**

Dear Doug,

Soil & Structure Consulting, Inc. has checked the adequacy of existing W8x67 steel beam provided for the new opening between Kitchen and Family room at rear of house for anticipated loads at above mentioned property. We found the provided W8x67 steel beam with intermediate masonry column is adequate. Refer to revised second floor framing plan on sheet S-3 of structural drawings.

Thank you for the opportunity to serve as your engineering consultant. If you have any questions, please give us a call

Sincerely,
Soil & Structure Consulting, Inc.

Amol (Andy) Fulambarkar, P.E.



**SOIL & STRUCTURE**
CONSULTING, INC.
STRUCTURAL · GEOTECHNICAL · CIVIL

1889 PRESTON WHITE DRIVE
SUITE 104
RESTON, VA 20191
(703) 391-8911
FAX (703) 995-4680
www.soilandstructure.com
andy@soilandstructure.com

October 28th, 2019

Doug DeLuca
Federal Homes,
1101 Chain Bridge Road,
McLean, VA
Page 1 of 1

**RE:** Adequacy check of steel beam at first floor Kitchen and crack in the brick veneer above the garage opening at **"6122 Lee Hwy, Arlington, VA"**

Dear Doug,

Soil & Structure Consulting, Inc. has checked the adequacy of existing W8x67 steel beam provided for the new opening between Kitchen and Family room at rear of house for anticipated loads at above mentioned property. We found the provided W8x67 steel beam with intermediate masonry column is adequate. Refer to revised second floor framing plan on sheet S-3 of structural drawings.

Settlement crack was observed over the garage opening and as a remedial measure new beam was installed. It was recommended to re-point the joints after the beam installation. The crack and other joints were pointed as suggested and appears to be in good condition.

Thank you for the opportunity to serve as your engineering consultant. If you have any questions, please give us a call

Sincerely,
Soil & Structure Consulting, Inc.

Amol (Andy) Fulambarkar, P.E.

[Professional Engineer seal: COMMONWEALTH OF VIRGINIA, AMOL FULAMBARKAR, Lic. No. 0402044734]



**SOIL & STRUCTURE**
CONSULTING, INC.

1859 PRESTON WHITE DRIVE
SUITE 104
RESTON, VA 20191
(703) 391-8911
FAX (703) 995-4680
www.soilandstructure.com
andy@soilandstructure.com

October 28th, 2019

Doug DeLuca
Federal Homes,
1101 Chain Bridge Road,
McLean, VA
Page 1 of 1

**RE: Adequacy check of steel beam at first floor Kitchen and crack in the brick veneer above the garage opening at "6122 Lee Hwy, Arlington, VA"**

Dear Doug,

Soil & Structure Consulting, Inc. has checked the adequacy of existing W8x67 steel beam provided for the new opening between Kitchen and Family room at rear of house for anticipated loads at above mentioned property. We found the provided W8x67 steel beam with intermediate masonry column is adequate. Refer to revised second floor framing plan on sheet S-3 of structural drawings.

Settlement crack was observed over the garage opening and as a remedial measure new beam was installed. It was recommended to re-point the joints after the beam installation. The crack and other joints were pointed as suggested and appears to be in good condition.

Thank you for the opportunity to serve as your engineering consultant. If you have any questions, please give us a call

Sincerely,
Soil & Structure Consulting, Inc.

Amol (Andy) Fulambarkar, P.E.

*[Professional Engineer seal: AMOL FULAMBARKAR, Lic. No 0402041136]*