# EXHIBIT O

**andy@soilandstructure.com**

---

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Monday, October 28, 2019 12:35 PM
**To:** santosh@soilandstructure.com
**Cc:** andy@soilandstructure.com
**Subject:** Re: 6122 Lee Highway

What if we just add collar ties?

Thank you

Doug DeLuca
Sent from my iPhone

> On Oct 28, 2019, at 12:15 PM, <santosh@soilandstructure.com> <santosh@soilandstructure.com> wrote:
>
> Doug,
>
> Please find attached drawings for garage. We need minimum (3) 11 7/8" LVLs.
>
> Thanks,
> Santosh
>
> -----Original Message-----
> From: Doug DeLuca <ddeluca@federalcompany.com>
> Sent: Monday, October 28, 2019 10:58 AM
> To: santosh@soilandstructure.com
> Cc: andy@soilandstructure.com
> Subject: Re: 6122 Lee Highway
>
> Thank you how about the garage ridge?
>
> Doug DeLuca
> Sent from my iPhone
>
>> On Oct 28, 2019, at 10:29 AM, <santosh@soilandstructure.com>
> <santosh@soilandstructure.com> wrote:
>>
>> Doug,
>>
>> Please see attached letter for the beam. I sent drawings to the
>> printer & I will let you know once those are ready for your pick-up.
>>
>> Thanks,
>> Santosh
>>
>> -----Original Message-----
>> From: Doug DeLuca <ddeluca@federalcompany.com>
>> Sent: Thursday, October 3, 2019 6:39 PM

1