*Juanita F. Ferguson*

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Wednesday, January 8, 2020 4:45 PM
**To:** Emad Elmagraby
**Cc:** Michael Campbell; Romulo Dumo; David Greene; Juanita F. Ferguson
**Subject:** Re: 6122 Lee Hwy

Chief Elmagraby,
Thank you and the staff for meeting today at 6122 Lee Highway. I apologize for the lack of egress into the property to review open items. The key the property has been moved. Per the meeting we are more than willing to complete any items including non code related items for reinspection. I have not heard from my Counsel on key and access but will update once I hear back. Furthermore, I do not know the route to take if the Harrells refuse to cooperate. As discussed, we have multiple RFIs that need to be signed off on prior to orders and completing the finishes.

Thank you in advance for your help. I will update once I hear.

Grateful,
Doug

Doug DeLuca
Sent from my iPhone

On Jan 6, 2020, at 10:50 AM, Emad Elmagraby <Eelmagraby@arlingtonva.us> wrote:

<mime-attachment.ics>

DELUC-01254