# EXHIBIT Q

DELUC-01164

Building approved it.

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Tuesday, December 17, 2019 1:55 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>; juanita F. Ferguson <jferguson@beankinney.com>
**Subject:** Re: 6122 le Hwy

EXTERNAL EMAIL

CAUTION : Are you expecting this attachment?

Hi Chief,
Just checking in on the amendments that were turned in last week.  I am also copying you and Mrs. Kalaha with the original photos showing what was existing and replaced.
<image007.jpg>

Replacement of Existing Garage Apartment 2' wide steps

<image008.jpg>

Replacement of existing roof after tree damage

<image009.jpg>

Replacement and Repair of existing side deck


<image010.jpg>

Replacement of existing side portico and sun room patio

Thank you,
Doug


Doug DeLuca

FEDERAL CONSTRUCTION COMPANY, LLC
703.625.0058
WWW.FEDERALCOMPANY.COM

DELUC-01165

CONFIDENTIALITY NOTICE Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, and all applicable state and local laws, statutes, rules, ordinances, and regulations. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system. Thank you in advance for your cooperation.

On Dec 6, 2019, at 6:44 AM, Emad Elmagraby <Eelmagraby@arlingtonva.us> wrote:

Yes pleas, I'm copying Kim form zoning as well so she can be aware.

Emad Elmagraby, P. E., C.B.O., C.P.M.
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

Inspection Services Division is an IAS Accredited Building department

-----Original Message-----
From: Doug DeLuca <ddeluca@federalcompany.com>
Sent: Friday, December 6, 2019 6:43 AM
To: Emad Elmagraby <Eelmagraby@arlingtonva.us>
Subject: Lee Highway

EXTERNAL EMAIL : This email originated from outside of Arlington County. Please be mindful of phishing attempts. When in doubt, call the TSC or use the Report Message button in your Outlook ribbon bar.


Good morning Chief Elmagraby,
The engineer is planning on having the update to the house and garage revision completed Monday. I have ordered the new survey to reflect the set backs, side mudroom and rear deck as well as an updated lot coverage per zoning.. Apex survey is planning on having the survey complete Wednesday. Should I plan on Resubmitting plans on Tuesday and follow Wednesday with the survey and lot coverage worksheet?

Thank you for your assistance.

Best regards,
Doug

Doug DeLuca
Sent from my iPhone

DELUC-01166

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject:** RE: 6122 le Hwy
**Date:** December 18, 2019 at 1:01:38 PM EST
**To:** Doug DeLuca <ddeluca@federalcompany.com>, Kimberly Kalaha <kkalaha@arlingtonva.us>
**Cc:** "juanita F. Ferguson" <jferguson@beankinney.com>

Doug,

Can we meet on site this Friday?

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd. Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Tuesday, December 17, 2019 3:52 PM
**To:** Kimberly Kalaha <kkalaha@arlingtonva.us>
**Cc:** Emad Elmagraby <Eelmagraby@arlingtonva.us>; juanita F. Ferguson <jferguson@beankinney.com>
**Subject:** Re: 6122 le Hwy

**EXTERNAL EMAIL**

Thank you so much Kimberly.  I sent the photos because it depicts that everything was a replacement.  Thank you Chief.

Doug DeLuca
Sent from my iPhone

On Dec 17, 2019, at 2:30 PM, Kimberly Kalaha <kkalaha@arlingtonva.us> wrote:

> I have it on my list to do tomorrow.  I will then make sure that Historic Preservation gets to take a look at the permit for the main dwelling.
>
> Thank you,
>
>
> *Kim Kalaha*
>
> Management Analyst
> Assistant Manager, Plan Review
> Arlington County Zoning Office
> Department of Community Planning, Housing and Development

2

2100 Clarendon Boulevard, Suite #1000
Arlington, VA 22201
kkalaha@arlingtonva.us
(703)228-3894

This response is not an official order, requirement, decision, or determination issued pursuant to Code of Virginia §15.2-2307.

Any email sent to/from Arlington County email addresses may be subject to disclosure under the Freedom of Information Act (FOIA).

CPHD Mission Statement – *Promoting the improvement, conservation and revitalization of Arlington's physical and social environment.*

<image006.jpg>

---

**From:** Emad Elmagraby
**Sent:** Tuesday, December 17, 2019 2:27 PM
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>; juanita F. Ferguson <jferguson@beankinney.com>
**Subject:** RE: 6122 le Hwy

Building approved it.

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

---

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Tuesday, December 17, 2019 1:55 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>; juanita F. Ferguson <jferguson@beankinney.com>
**Subject:** Re: 6122 le Hwy

**EXTERNAL EMAIL**

**CAUTION** : Are you expecting this attachment?

Hi Chief,
Just checking in on the amendments that were turned in last week.  I am also copying you and Mrs. Kalaha with the original photos showing what was existing and replaced.
<image007.jpg>

3

DELUC-01168

Replacement of Existing Garage Apartment 2' wide steps

<image008.jpg>

Replacement of existing roof after tree damage

<image009.jpg>

Replacement and Repair of existing side deck

<image010.jpg>

Replacement of existing side portico and sun room patio

Thank you,
Doug


Doug DeLuca

FEDERAL CONSTRUCTION COMPANY, LLC
703.625.0058
WWW.FEDERALCOMPANY.COM


<image011.jpg>


CONFIDENTIALITY NOTICE Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, and all applicable state and local laws, statutes, rules, ordinances, and regulations. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system. Thank you in advance for your cooperation.


On Dec 6, 2019, at 6:44 AM, Emad Elmagraby
<Eelmagraby@arlingtonva.us> wrote:

Yes pleas, I'm copying Kim form zoning as well so she can be aware.

Emad Elmagraby, P. E., C.B.O., C.P.M.
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

Inspection Services Division is an IAS Accredited Building department

DELUC-01169

-----Original Message-----
From: Doug DeLuca <ddeluca@federalcompany.com>
Sent: Friday, December 6, 2019 6:43 AM
To: Emad Elmagraby <Eelmagraby@arlingtonva.us>
Subject: Lee Highway

EXTERNAL EMAIL : This email originated from outside of Arlington County. Please be mindful of phishing attempts. When in doubt, call the TSC or use the Report Message button in your Outlook ribbon bar.

Good morning Chief Elmagraby,
The engineer is planning on having the update to the house and garage revision completed Monday.  I have ordered the new survey to reflect the set backs, side mudroom and rear deck as well as an updated lot coverage per zoning..  Apex survey is planning on having the survey complete Wednesday.  Should I plan on Resubmitting plans on Tuesday and follow Wednesday with the survey and lot coverage worksheet?

Thank you for your assistance.

Best regards,
Doug

Doug DeLuca
Sent from my iPhone


Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: RE: 6122 le Hwy**
**Date:** December 19, 2019 at 6:25:25 AM EST
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>

Doug,

Hopefully the plan will be approve today, let us meet tomorrow to came up with a plan and mark the area that need to exposed for B1901108. Will 9:00 am work with you.

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

DELUC-01170

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Wednesday, December 18, 2019 4:10 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>
**Subject:** Re: 6122 le Hwy

EXTERNAL EMAIL

Hi Chief,
What times are available on your schedule?  Do you need anything opened up?

Thank you,
Doug

Doug DeLuca
Sent from my iPhone

On Dec 18, 2019, at 1:01 PM, Emad Elmagraby <Eelmagraby@arlingtonva.us> wrote:

> Doug,
>
> Can we meet on site this Friday?
>
> **Emad Elmagraby, P. E., C.B.O., C.P.M.**
> Field Services Section Chief
> Arlington County Government
> Dept. of Community, Planning, Housing and Development
> Inspection Services Division
> 2100 Clarendon Blvd., Suite 1000
> Arlington, VA 22201
> TEL: 703.228.7094
> TTY: 703.228.4611
>
> *Inspection Services Division is an IAS Accredited Building department*
>
> **From:** Doug DeLuca <ddeluca@federalcompany.com>
> **Sent:** Tuesday, December 17, 2019 3:52 PM
> **To:** Kimberly Kalaha <kkalaha@arlingtonva.us>
> **Cc:** Emad Elmagraby <Eelmagraby@arlingtonva.us>; juanita F. Ferguson <jferguson@beankinney.com>
> **Subject:** Re: 6122 le Hwy
>
> EXTERNAL EMAIL
>
> Thank you so much Kimberly.  I sent the photos because it depicts that everything was a replacement.  Thank you Chief.
>
>
> Doug DeLuca
> Sent from my iPhone
>
> On Dec 17, 2019, at 2:30 PM, Kimberly Kalaha <kkalaha@arlingtonva.us> wrote:

6

DELUC-01171

I have it on my list to do tomorrow.  I will then make sure that Historic Preservation gets to take a look at the permit for the main dwelling.

Thank you,


*Kim Kalaha*

**Management Analyst**
**Assistant Manager, Plan Review**
**Arlington County Zoning Office**
**Department of Community Planning, Housing and Development**
2100 Clarendon Boulevard, Suite #1000
Arlington, VA 22201
kkalaha@arlingtonva.us
(703)228-3894

This response is not an official order, requirement, decision, or determination issued pursuant to Code of Virginia §15.2-2307.

Any email sent to/from Arlington County email addresses may be subject to disclosure under the Freedom of Information Act (FOIA).

CPHD Mission Statement – *Promoting the improvement, conservation and revitalization of Arlington's physical and social environment.*

<image006.jpg>

---

**From:** Emad Elmagraby
**Sent:** Tuesday, December 17, 2019 2:27 PM
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>; juanita F. Ferguson <jferguson@beankinney.com>
**Subject:** RE: 6122 le Hwy

Building approved it.

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

---

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Tuesday, December 17, 2019 1:55 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>

DELUC-01172

**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>; juanita F. Ferguson
<jferguson@beankinney.com>
**Subject:** Re: 6122 le Hwy

EXTERNAL EMAIL

CAUTION : Are you expecting this attachment?

Hi Chief,
Just checking in on the amendments that were turned in last week.  I am
also copying you and Mrs. Kalaha with the original photos showing what
was existing and replaced.
<image007.jpg>

Replacement of Existing Garage Apartment 2' wide steps

<image008.jpg>

Replacement of existing roof after tree damage

<image009.jpg>

Replacement and Repair of existing side deck


<image010.jpg>

Replacement of existing side portico and sun room patio

Thank you,
Doug


Doug DeLuca

FEDERAL CONSTRUCTION COMPANY, LLC
703.625.0058
WWW.FEDERALCOMPANY.COM


<image011.jpg>


CONFIDENTIALITY NOTICE Information contained in this e-mail transmission is
privileged, confidential and covered by the Electronic Communications Privacy
Act, 18 U.S.C. Sections 2510-2521, and all applicable state and local laws,
statutes, rules, ordinances, and regulations. If you are not the intended recipient,
do not read, distribute, or reproduce this transmission. If you have received this
e-mail transmission in error, please notify us immediately of the error by return
email and please delete the message from your system. Thank you in advance
for your cooperation.


On Dec 6, 2019, at 6:44 AM, Emad Elmagraby
<Eelmagraby@arlingtonva.us> wrote:

DELUC-01173

Yes pleas, I'm copying Kim form zoning as well so she can be aware.

Emad Elmagraby, P. E., C.B.O., C.P.M.
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

Inspection Services Division is an IAS Accredited Building department

-----Original Message-----
From: Doug DeLuca <ddeluca@federalcompany.com>
Sent: Friday, December 6, 2019 6:43 AM
To: Emad Elmagraby <Eelmagraby@arlingtonva.us>
Subject: Lee Highway

EXTERNAL EMAIL : This email originated from outside of Arlington County. Please be mindful of phishing attempts. When in doubt, call the TSC or use the Report Message button in your Outlook ribbon bar.

Good morning Chief Elmagraby,
The engineer is planning on having the update to the house and garage revision completed Monday.  I have ordered the new survey to reflect the set backs, side mudroom and rear deck as well as an updated lot coverage per zoning..   Apex survey is planning on having the survey complete Wednesday.  Should I plan on Resubmitting plans on Tuesday and follow Wednesday with the survey and lot coverage worksheet?

Thank you for your assistance.

Best regards,
Doug

Doug DeLuca
Sent from my iPhone

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>

9

DELUC-01174

**Subject: RE: Permits?**
**Date:** May 20, 2020 at 5:20:11 PM EDT
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** Anthony Bean <abean@arlingtonva.us>, Michael Campbell <MVcampbell@arlingtonva.us>, David Greene <dagreene@arlingtonva.us>

Anthony,

Go ahead and active that permit, that was for a bathroom that need re-inspection.

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

---

**From:** Emad Elmagraby
**Sent:** Wednesday, May 20, 2020 4:38 PM
**To:** 'Doug DeLuca' <ddeluca@federalcompany.com>
**Cc:** Anthony Bean <abean@arlingtonva.us>; Michael Campbell <MVcampbell@arlingtonva.us>; David Greene <dagreene@arlingtonva.us>
**Subject:** RE: Permits?

We did active all permit except for one that was final, I need to check with you which one was it and if we need to re-activate it.

Anthony, what was the pluming permit that was final?

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

---

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Wednesday, May 20, 2020 4:19 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject:** Fwd: Permits?

EXTERNAL EMAIL

Hi Emad,

DELUC-01175

Hope you are well.  Just checking in to see if you were able to open the other permits so I can schedule the punch list?

Thank you,
Doug

Doug DeLuca
Sent from my iPhone

Begin forwarded message:

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Date:** May 18, 2020 at 12:50:47 PM EDT
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: Re:  Permits?**


Hi Emad,
Thank you for the email.  I will need the following permits  as well as the building addition opened to prepare for Final Inspection.
E1901071
M1900548
P1901124
P1901125
P1901604
P1901787
P1901861


Thank you so much,
Doug

On May 14, 2020, at 11:10 AM, Emad Elmagraby <Eelmagraby@arlingtonva.us> wrote:

Everything Is in the system, let me know which permits you want to activate?

<image001.png>

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

DELUC-01176

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Thursday, May 14, 2020 10:40 AM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject:** Permits?

EXTERNAL EMAIL

CAUTION : Are you expecting this attachment?

All the other Trade permits were taken out of the system.

<image002.jpg>

Doug DeLuca
Sent from my iPhone

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: RE: Update**
**Date:** January 21, 2020 at 1:06:15 PM EST
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** "jferguson@beankinney.com" <jferguson@beankinney.com>

Thank you for the update.

Emad Elmagraby, P. E., C.B.O., C.P.M.
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

Inspection Services Division is an IAS Accredited Building department

-----Original Message-----
From: Doug DeLuca <ddeluca@federalcompany.com>
Sent: Tuesday, January 21, 2020 1:05 PM
To: Emad Elmagraby <Eelmagraby@arlingtonva.us>
Cc: jferguson@beankinney.com
Subject: Update

EXTERNAL EMAIL

DELUC-01177

Hi Chief Elmagraby,

We have gained access to the property and have begun our inspection list and punch list.  I am awaiting final installation of the new  spiral stairs and owner suite entrance steps.  In addition, per your request I will be digging 3 observation holes at each location requested.  In addition, I have sent a demand to Vanessa HVAC who is working under another company's license to return and correct the return air and check all units.

I will update you on items next week.

Thank you,
Doug

Doug DeLuca
Sent from my iPhone

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: Automatic reply: County Meeting**
**Date:** October 21, 2019 at 9:38:49 PM EDT
**To:** Doug DeLuca <ddeluca@federalcompany.com>

I'm curently out of the office and I will be back Friday 10/25/19 . email, text or call me if needed.

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: RE: Garage**
**Date:** June 17, 2020 at 9:09:18 AM EDT
**To:** Doug DeLuca <ddeluca@federalcompany.com>

Contact the permit technician section to see if they can email it or if it is in On-Base.

We are close for the public, all our transaction are remotely

Emad Elmagraby, P. E., C.B.O., C.P.M.
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

Inspection Services Division is an IAS Accredited Building department

-----Original Message-----
From: Doug DeLuca <ddeluca@federalcompany.com>
Sent: Wednesday, June 17, 2020 8:50 AM
To: Emad Elmagraby <Eelmagraby@arlingtonva.us>
Subject: Garage

DELUC-01178

EXTERNAL EMAIL

Good morning Emad.  Would it be possible to pick up the approved garage plans as they are still in the county.

Thank you

Doug DeLuca
Federal Construction Company, LLC
Federal Home, LLC

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: 6122 Lee Hwy Revision**
**Date:** November 26, 2019 at 9:13:48 AM EST
**To:** "Christopher M. Martin" <CMmartin@arlingtonva.us>, Doug DeLuca
<ddeluca@federalcompany.com>
**Cc:** Shinaze Saleh <Ssaleh@arlingtonva.us>

Doug,

Chris Martin the plane review supervisor will send you an email with the reviewer comments, see you in Monday.

Sincerely

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: RE: Permits?**
**Date:** May 20, 2020 at 4:37:32 PM EDT
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** Anthony Bean <abean@arlingtonva.us>, Michael Campbell <MVcampbell@arlingtonva.us>, David Greene <dagreene@arlingtonva.us>

We did active all permit except for one that was final, I need to check with you which one was it and if we need to re-activate it.

Anthony, what was the pluming permit that was final?

14

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

---

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Wednesday, May 20, 2020 4:19 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject:** Fwd: Permits?

<span style="color:red;border:1px solid red;">**EXTERNAL EMAIL**</span>

Hi Emad,
Hope you are well. Just checking in to see if you were able to open the other permits so I can schedule the punch list?

Thank you,
Doug

Doug DeLuca
Sent from my iPhone

Begin forwarded message:

> **From:** Doug DeLuca <ddeluca@federalcompany.com>
> **Date:** May 18, 2020 at 12:50:47 PM EDT
> **To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
> **Subject: Re:  Permits?**
>
>
> Hi Emad,
> Thank you for the email.  I will need the following permits  as well as the building addition opened to prepare for Final Inspection.
> E1901071
> M1900548
> P1901124
> P1901125
> P1901604
> P1901787
> P1901861
>
>
> Thank you so much,
> Doug

DELUC-01180

On May 14, 2020, at 11:10 AM, Emad Elmagraby
<Eelmagraby@arlingtonva.us> wrote:

Everything Is in the system, let me know which permits you want to
activate?

<image001.png>

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building
department*

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Thursday, May 14, 2020 10:40 AM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject:** Permits?

EXTERNAL EMAIL

CAUTION : Are you expecting this attachment?

All the other Trade permits were taken out of the system.

<image002.jpg>

Doug DeLuca
Sent from my iPhone

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: 6122 Lee Hwy**
**Date:** January 6, 2020 at 10:50:37 AM EST
**To:** Michael Campbell <MVcampbell@arlingtonva.us>, Romulo Dumo <rdumo@arlingtonva.us>, David
Greene <dagreene@arlingtonva.us>, Doug DeLuca <ddeluca@federalcompany.com>

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: Fwd: 6122 Lee Highway**

16

**Date:** January 10, 2020 at 8:35:16 PM EST
**To:** Doug DeLuca <ddeluca@federalcompany.com>

Get Outlook for iOS

---

**From:** Lynch, Thomas <tlynch@bradley.com>
**Sent:** Friday, January 10, 2020 4:48:53 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject:** 6122 Lee Highway

EXTERNAL EMAIL

CAUTION : Are you expecting this attachment?

Emad,

Per our call this afternoon, attached are the two letters I referenced regarding the alleged installation of a structural beam in the Carriage House.  I bring this to you attention for a couple reasons: (1) For purpose of the safety and structural integrity of the carriage house, I want the county to be aware that Deluca's engineer is asserting that a structural beam was installed (we have not seen evidence that it actually was) and we want to make sure that if it was installed that the beam actually does ensure the structural integrity of the building; (2) we are concerned about the authenticity of "Letter 2" given the similarity in form and substance between "Letter 1" and "Letter 2".

Please let me know if you have any questions.

Tom

**Thomas Ryan Lynch**
Partner
e: tlynch@bradley.com  w: bradley.com
d: 202.719.8228  f: 202.719.8328
Bradley Arant Boult Cummings LLP
,
,



LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: Re: Plan Review and Updates**
**Date:** October 9, 2019 at 3:57:24 PM EDT
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** Charles Vernon <Cvernon@arlingtonva.us>

Yes, you need to submit for a revision, call me tomorrow to discuss.

17

Get Outlook for iOS

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Wednesday, October 9, 2019 2:26:32 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Cc:** Charles Vernon <Cvernon@arlingtonva.us>
**Subject:** Re: Plan Review and Updates

Hello Chief Elmagraby,
I am preparing to now.  Is this what you were looking for?  Should I prepare an amendment?

Thank you,
Doug

Doug DeLuca
Sent from my iPhone

On Oct 9, 2019, at 1:13 PM, Emad Elmagraby <Eelmagraby@arlingtonva.us> wrote:

> Did you submit the revise plans for review?
>
> **Emad Elmagraby, P. E., C.B.O., C.P.M.**
> Field Services Section Chief
> Arlington County Government
> Dept. of Community, Planning, Housing and Development
> Inspection Services Division
> 2100 Clarendon Blvd., Suite 1000
> Arlington, VA 22201
> TEL: 703.228.7094
> TTY: 703.228.4611
>
> *Inspection Services Division is an IAS Accredited Building department*
>
> **From:** Doug DeLuca <ddeluca@federalcompany.com>
> **Sent:** Wednesday, October 9, 2019 6:48 AM
> **To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>; Charles Vernon
> <Cvernon@arlingtonva.us>
> **Subject:** Plan Review and Updates
>
> Chief Elmagraby and Supervisor Vernon,
> Per you request after plan reviews the following has been noted.
>
>
> Plan Updates
>
> Building
>
> Replacement of Rear Garage Roof
>
> Garage Stair Reconfiguration
>
> Garage Door Replacement

DELUC-01183

Removal of Bedroom Fireplace

Bedroom Wall

Laundry Room Wall

Side Portico Replacement

Kitchen Reconfiguration


Plumbing

Bedroom Bathroom Reconfiguration

Icemaker Line and Drain

Owner Suite Bathroom Reconfiguration

Gas lines to exterior lamps


Electrical

Additional plug in kitchen work table

Additional plug for wine storage

Irrigation plug

Low voltage light plug

2 Garage Plugs for exercise equipment


The following 5 County Permit Amendments will be submitted for updates per your request under 1 amendment.

1.) Replacement of Existing Rear Garage Roof

2.) Garage Stairs and Door

3.) Addition Roof Pitch

4.) Removal of Bedroom Fireplace

5.) Side Portico Replacement

DELUC-01184

Thank you for your time and consideration.

Best regards,
Doug
Doug DeLuca
Federal
Sent from my iPhone

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: 6122 Lee Hwy Revision**
**Date:** November 26, 2019 at 9:07:03 AM EST
**To:** Doug DeLuca <ddeluca@federalcompany.com>, Shinaze Saleh <Ssaleh@arlingtonva.us>,
"Christopher M. Martin" <CMmartin@arlingtonva.us>, Michael Campbell
<MVcampbell@arlingtonva.us>

Begin forwarded message:

**From:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Subject: RE: 6122 le Hwy**
**Date:** December 17, 2019 at 2:27:24 PM EST
**To:** Doug DeLuca <ddeluca@federalcompany.com>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>, "juanita F. Ferguson" <jferguson@beankinney.com>

Building approved it.

**Emad Elmagraby, P. E., C.B.O., C.P.M.**
Field Services Section Chief
Arlington County Government
Dept. of Community, Planning, Housing and Development
Inspection Services Division
2100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
TEL: 703.228.7094
TTY: 703.228.4611

*Inspection Services Division is an IAS Accredited Building department*

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Tuesday, December 17, 2019 1:55 PM
**To:** Emad Elmagraby <Eelmagraby@arlingtonva.us>
**Cc:** Kimberly Kalaha <kkalaha@arlingtonva.us>; juanita F. Ferguson <jferguson@beankinney.com>
**Subject:** Re: 6122 le Hwy

**EXTERNAL EMAIL**

**CAUTION** : Are you expecting this attachment?

Hi Chief,
Just checking in on the amendments that were turned in last week.  I am also copying you and Mrs.
Kalaha with the original photos showing what was existing and replaced.