**Department of Community Planning, Housing and Development (CPHD)**
**Inspection Services**
2100 Clarendon Blvd., Suite 1000
website: building.arlingtonva.us | email: [...]


ARLINGTON VIRGINIA

**PLUMBING PERMIT APPLICATION**

NEYBA PENA
Permit #: P1901861
*D3572223*

DES APPROVED 06/11/19
P1901861

Building Permit # B1901108

Fee: ____  Total Fee: ____

| | | | | |
|---|---|---|---|---|
| **Job Address** | Number and street: 6122 LEE HWY | Floor | Suite | Phone at site, if available |

**Permit holder:**
☐ Legal Owner
☒ Contractor

| **Legal Owner** | Name: DELUCA DOUGLAS M | Address | Phone |
|---|---|---|---|

| **Contractor** (if applicable) | Name: PEC Contracting LLC | VA State License Number: 2705160864 | Arlington Business License Number: BLC-1001088592-02 |
|---|---|---|---|
| | Number and Street: 2946 Sleepy Hollow Rd Suite 2E | City: Falls Church | State: VA  Zip: 22044  Phone: 7038679899 |

| **Tenant** (if applicable) | Name | Number and Street | Phone |
|---|---|---|---|

1001222

**Job Description**
**Building Type:** ☒ Single Family  ☐ Town house  ☐ Commercial  ☐ All Other
**Type of Work:** ☐ New  ☐ Replacement  ☒ Alteration

**Estimated Cost:** $850

### Plumbing Fixtures

| QTY | Description | QTY | Description |
|---|---|---|---|
| | Backflow Preventer | | Roof/ Surface/ Garage Drain |
| | Bathroom Group | 1 | Shower |
| | Bidet | 2 | Sink |
| | Cleanout | | Sprinkler System (Lawn) |
| | Dishwasher | | Sub-Meter |
| | Drinking Fountain | | Sump Pump |
| | Floor Drain/ Sink | 1 | Tub |
| | Hose Bib/ Wall Hydrant | | Urinal |
| | Ice Maker | 1 | Washing Machine |
| | Lavatory | 1 | Water Closet |
| | Open Site Drain | | Water Heater (Electric) |

### Sewer/ Water

| QTY | Description |
|---|---|
| | Building Sewer |
| | Sewer Repair |
| | Drain/ Vent System |
| | Sewer Cap-Off |
| | Storm Manhole |
| | Water Service |
| | Fire Service |
| 2 | Water Pipe |
| | Sewage Pump |
| | Solar Heat |
| | Swimming Pool |

### Gas Fixtures

| QTY | Description |
|---|---|
| | Gas Kitchen Appliances |
| | Gas Heating Appliances |
| | Gas Dryer |
| | Gas Water Heater |
| | Gas Pipe |
| | Relocate Gas Meter |
| | Emergency Generator |
| | Gas Roof Top Unit |

**Other** (Describe): ____

Please indicate if any of the following is being done as part of this permit:
☐ Installing a new fixture   ☐ Installing sink other than laundry   ☐ Installing 2 psi gas
☐ Installing a bar sink      ☐ Installing sink other than bath

**Certification:** I hereby certify that I have the authority to make the foregoing application, that the application is correct, and that the construction will conform to the regulations in the Current adopted Virginia Uniform Statewide Building Code, the Zoning Ordinance, and Arlington County codes. By submitting this form I acknowledge that this document is considered to be a Public Record under the Virginia Public Records Act and may be subject to release under the Virginia Freedom of Information Act.

Signature of Applicant: [signed]
Print Name: Neyba Pena
Email Address: dubeysa@peccontracting.com

Number and Street: 2946 Sleepy Hollow Rd Suite 2E   City: Falls Church   State: VA   Zip: 22044   Phone: 7038679899

Note: Bring application, along with additional submission documents to: 2100 Clarendon Blvd., Suite 1000, ph: 703-228-3800. This permit shall become invalid if the authorized work is not started and an approved inspection completed within six (6) months from the date issued, and/or if the authorized work is suspended for a period of six (6) months after the work commences. There may be additional requirements, depending on the type of work.

Initials: NP   Date: 6/11/2019