

EXHIBITS

to my repeated question about county inspections. I'm not sure why you don't respond to it. It is very frustrating.

I share your frustrations as I am documenting every interior adjustments, move, add and request so the County is aware. In addition new permits and inspections for Evans Bath and New Sauna location so it is documented.

4. You have not responded to my question about the master tub and whether it fits— it appears to be too large for the space.

I will have it measured again.

5. Our understanding is that all of our permits need to be displayed in the house.

7

Why are they not?

Because they are all being copied and documented for our use. They will be replaced when complete.

Thanks

Thank you.
Sent from my iPhone

On Sep 11, 2019, at 10:17 PM, John Harrell (US-Tax)

8