# EXHIBIT T

## 6122 Lee Hwy - Square Footage

From: **bmuha@ttrsir.com**   Wednesday, Jan 16, 2019, 9:40 AM

To: **Doug DeLuca** | ddeluca@federalcompany.com

Hi Doug,

Please see attached document with the floor plans and square footage breakdown. We need to calculate the additional master suite but it looks to be roughly 6,000 square feet cumulative. Let me know if you need anything! Thanks.

Best,

BRENDAN MUHA
Realtor
TTR | Sotheby's International Realty

2300 Clarendon Boulevard
Arlington, Virginia 22203
571 217 0939 m

bmuha@ttrsir.com

TTR-003937