10. You asked for an agreement to raise the water heater so that the heat pump can be serviced. What did you mean by that?

11. The deck on the side of the house. I honestly don't know what to do. I'm told it required a permit. I'm also told it is potentially dangerous as built. It is wobbly when you grasp it. I'd appreciate your thoughts.

12. Several of the kitchen cabinet doors are hung askew or need adjustment. For example, the one over the double stove and the one under the main sink. These are fairly simple repairs as I understand it.

13. Tom Lynch's letter of 9/4 requested information regarding some of the outstanding orders that are not on site and your plan for returning the money for the porch and the powder room. I'm hoping you will respond to that.

14. I appreciate very much your trying to expedite inspections. I'm assuming those will occur this week, but let me know if that is not correct.

Thank you


Sent from my iPhone

On Sep 5, 2019, at 7:40 PM, Doug DeLuca <ddeluca@federalcompany.com> wrote:

> Updated Inspection Report conducted after requested "Pause" Work Stop. ATTACHED.
>
> <UPDATEDSEPT5Inspection_6122_Lee_Highway_1668291.pdf>
>
> Doug DeLuca
>
> FEDERAL CONSTRUCTION COMPANY, LLC
> 703.625.0058
> WWW.FEDERALCOMPANY.COM
>
>
> <federal construction 4.jpg>
>
> CONFIDENTIALITY NOTICE Information contained in this e-mail transmission is privileged, confidential and covered by

200