# Michael A. Bradley

| | |
|---|---|
| **From:** | john Harrell <johneharrell@gmail.com> |
| **Sent:** | Tuesday, August 6, 2019 6:51 PM |
| **To:** | Doug DeLuca |
| **Cc:** | dmduncan22001@yahoo.com; julianne@stirlingdesignassociates.com; Brendan Muha |
| **Subject:** | Re: Evan's Tub Order |

I would like to just see what we paid, what was spent, when it was spent, an= the invoice.

Thanks

Sent from my iPhone

> On Aug 6, 2019, at 6:44 PM, Doug DeLuca <ddeluca@federalcompany.com>
> wrote=
>
> I'm in the process of putting it all together.  I would like to ag=ee on bathroom light costs so that you are properly credited for those item=.  Not sure what they are running on your end but I am fine offsetting with=a credit for the fixtures I would have installed.  Same goes for mirror in t=e owner suite.   In addition, I am fine with the owner closet but trying to=figure out the new laundry.  Again any credits you feel strongly please let=E2 s come up with an agreement and move forward.
>
> Has there been any movement on Evan's tile?  Or light fixtures. =>
> Thank you, Doug
>
> Doug DeLuca
> Sent from my iPhone
>
>> On Aug 6, 2019, at 6:37 PM, john Harrell <johneharrell@gmail.com> wrote:
>>
>> Doug
>>
>>
>> Please send us a copy of the invoice for each item that was an upgrade in=the construction that required your to purchase an item, when it was purcha=ed, whether it is paid in full, and the amount.
>>
>> Thanks
>>
>> John
>>
>> Sent from my iPhone
>>
>>> On Aug 6, 2019, at 3:30 PM, Doug DeLuca <ddeluca@federalcompany.com> wro=e:
>>>
>>> They are saying it ships out tomorrow.
>>>
>>> Thank you for the specs.
>>>
>>> <Image-1.jpg>

1