EXHIBIT W

eagles contractors llc
US
c3bydesign@hotmail.com



# ESTIMATE

**ADDRESS**
Ddeluca

**ESTIMATE #** 1028
**DATE** 10/24/2018

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Apartment, cornice and soffit<br>1) Install windows<br>2) cornice and soffit<br>3) drywall(only in the garage and apartment)<br>4) framing (only in the garage in the apartment)<br>5) paint and caulking (only apartment and cornice & soffit)<br>6) trim (only in the apartment)<br>7) fix portico (in the front)<br>8) 3 days one carpenter<br>9) 3 days one painter | 1 | 21,800.00 | 21,800.00 |

Labor only

**TOTAL** $21,800.00

Accepted By                    Accepted Date