UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN E. HARRELL, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUGLAS M. DELUCA,<br><br>*Defendant*. | Civil No. 1:20-cv-00087-LO-MSN |

**ORDER**

This matter comes before the Court on plaintiff John Harrell's Motion to Compel (Dkt. No. 26). Having reviewed the pleadings, defendant's opposition, and heard arguments of counsel, and for the reasons stated in open court, it is hereby

ORDERED that the motion is GRANTED. Defendant shall provide full and complete responses to outstanding discovery requests within eleven (11) days of this order. It is further

ORDERED that plaintiff's request for attorney's fees is DENIED without prejudice at this time.

SO ORDERED this 20th day of November, 2020.

                                                                                         /s/
                                                         Michael S. Nachmanoff
                                                         United States Magistrate Judge

Alexandria, Virginia