# Brown, Lee-Ann

| | |
|---|---|
| **From:** | Glaws, J. Peter <Peter.Glaws@carrmaloney.com> |
| **Sent:** | Wednesday, March 24, 2021 10:37 AM |
| **To:** | Lynch, Thomas |
| **Cc:** | Brown, Lee-Ann; Glaws, J. Peter |
| **Subject:** | RE: subpoena to Prager Metis [IWOV-CarrMaloney_Docs.FID235450] |

**[External Email]**

Tom,

Prager Metis (which includes employees and partner Marnette Myers) was not engaged by Mr. Deluca, his counsel, or anyone else to prepare any documents/collate/summarize expenditures related to 6122 Lee Highway, either generally or in specific relation to this lawsuit

Peter

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555



2020 K St NW, Suite 850
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*

www.carrmaloney.com

 

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

**From:** Lynch, Thomas <tlynch@bradley.com>
**Sent:** Tuesday, March 23, 2021 4:12 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Cc:** Brown, Lee-Ann <labrown@bradley.com>
**Subject:** RE: subpoena to Prager Metis [IWOV-CarrMaloney_Docs.FID235450]

Peter,

Checking on response to the below.  Thank you.

Tom

---

**From:** Lynch, Thomas <tlynch@bradley.com>
**Sent:** Tuesday, March 16, 2021 8:24 PM
**To:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>; Brown, Lee-Ann <labrown@bradley.com>
**Cc:** Said, Stacy C. <Stacy.Said@carrmaloney.com>
**Subject:** RE: subpoena to Prager Metis [IWOV-CarrMaloney_Docs.FID235450]

Peter,

Thank you for responding to my subpoena.  I appreciate it.

One question in particular I'd like to get to the bottom of: I'd like to confirm, as we discussed, that your client was not engaged by Mr. Deluca or any other person to collate and summarize expenditures that Mr. Deluca (or any entity, person, affiliate or similar person controlled by Mr. Deluca) incurred with respect to construction at 6122 Lee Highway in order to produce those documents in a lawsuit that was filed against Mr. Deluca?  I would appreciate it if you could just confirm that fact.

Thank you.

Tom


**Thomas Ryan Lynch**
Partner | Bradley
tlynch@bradley.com
202.719.8228

---

**From:** Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Sent:** Tuesday, March 16, 2021 4:03 PM
**To:** Brown, Lee-Ann <labrown@bradley.com>; Lynch, Thomas <tlynch@bradley.com>
**Cc:** Said, Stacy C. <Stacy.Said@carrmaloney.com>; Glaws, J. Peter <Peter.Glaws@carrmaloney.com>
**Subject:** RE: subpoena to Prager Metis [IWOV-CarrMaloney_Docs.FID235450]

**[External Email]**

---

Tom and Lee-Ann,

Attached is the response of Prager Metis to the Subpoena. Thank you for the extension of time. As you will see in the attached letter, there are certain documents where we cannot currently tell whether or not they are responsive. We are working on that issue as quickly as possible.

Best,

Peter

**J. Peter Glaws, IV | Partner**
peter.glaws@carrmaloney.com

Direct (202) 310-5533
Main (202) 310-5500
Fax (202) 310-5555

<image001.png>

2020 K St NW, Suite 850
Washington, D.C. 20006
*Offices in D.C., Maryland, Virginia, West Virginia*
www.carrmaloney.com

<image002.png>

<image003.png>

This message is intended for the individual(s) or entity(ies) named in the header that appears either at the beginning or at the conclusion of all material in this message (depending on your e-mail software). This message may contain material that is privileged or confidential. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.