| | |
|---|---|
| **From:** | Marnette Myers |
| **To:** | Doug DeLuca |
| **Subject:** | RE: Subpoena |
| **Date:** | Wednesday, February 24, 2021 4:40:00 PM |

I have definitely have the closing documents and the interest statements.  Most of what they asked for I don't have nor would I get as part of preparing your taxes.  So I wasn't sure if your attorney would object to the subpoena or not.  I'm chatting with our attorney tomorrow to see what we'd have to do to comply with the subpoena.

**Marnette Myers**
Partner

Prager Metis CPAs
T 703.821.0702 x12003 | mmyers@pragermetis.com

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

**From:** Doug DeLuca <ddeluca@federalcompany.com>
**Sent:** Wednesday, February 24, 2021 4:37 PM
**To:** Marnette Myers <mmyers@pragermetis.com>
**Subject:** Re: Subpoena

**[External]: Verify sender's authenticity before opening attachments or links.**

Hi Marnette,
They are figuring it out now.  I think the only information you have on Lee Highway is the Closings Docs and the Dashco Interest statements.  Can you confirm?

Sorry for the hassle.

Thank you

Doug DeLuca
Federal Construction Company, LLC
Federal Home, LLC


> **From:** Marnette Myers <mmyers@pragermetis.com>
> **Date:** February 17, 2021 at 1:21:48 PM EST
> **To:** Doug DeLuca <ddeluca@federalcompany.com>
> **Subject: Subpoena**
>
> Doug—
> Received a copy of the attached subpoena yesterday.  Please forward to your attorney and let me know how they plan to handle this.  Will they be objecting to some or all of it?  Try to quash the subpoena?
> We have a March 11th response date.
> Marnette
>
>
> <image001.jpg>
>
> **Marnette Myers**
> Partner

Prager_000001

Prager Metis CPAs | 1360 Beverly Road, Suite 300  | McLean  | VA 22101
T 703.821.0702 x12003 mmyers@pragermetis.com

<image002.jpg>

Click here to access your secure client portal

<image003.png>

Follow us on Social Media!
<image004.png>

<image005.png>

<image006.jpg>

<image007.png>

<image008.png>
<image009.png>

GGI Independent Member

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

<32489550.pdf>

| | |
|---|---|
| **From:** | Marnette Myers |
| **To:** | Doug DeLuca |
| **Subject:** | RE: Checking in |
| **Date:** | Sunday, January 31, 2021 9:42:00 PM |

Doug--
Wow, you've certainly had a crazy few weeks.  And I'm happy to be able to help you in anyway possible.  We'll finish up as soon as you get all fothe information complete for 2019 (and then we'll jump in to 2020).
Stay safe...hopefully 2021 will get better asap!
Marnette



Marnette Myers
Partner

Prager Metis Group CPAs LLC
1360 Beverly Road, Suite 300
McLean, VA 22101

TEL 703.821.0702 x12003 | FAX
mailto:mmyers@pragermetis.com | http://www.pragermetis.com


The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

Please consider the environment before printing this e-mail

-----Original Message-----
From: Doug DeLuca <ddeluca@federalcompany.com>
Sent: Friday, January 29, 2021 4:43 PM
To: Marnette Myers <mmyers@pragermetis.com>
Subject: Checking in

[External]: Verify sender's authenticity before opening attachments or links.

Happy Friday Marnette.  Hope you and your crew are well.  A couple updates;

The folks who purchased Lee Highway are still trying to get out of the purchase.  We went to mediation but they were completly unreasonable.. they are also going after Sothebys and Home Visit.  This week my counsel (Juanita Ferguson) asked who was my accounting firm, I am not sure what they will do with the information but my understanding is they thought I made millions on the project.  Please bill me if anything is incurred.  I have never been through something like this but we made them another offer on Wed.  Who knows.

[redacted].

[redacted].

[redacted]