UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN E. HARRELL**, *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.: 1:20-cv-00087 |
| ) | (LO/MSN) |
| **DOUGLAS M. DELUCA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT DOUGLAS M. DELUCA'S OBJECTIONS TO DAWN HARRELL'S
SECOND SET OF INTERROGATORIES**

Defendant Douglas M. Deluca ("Defendant" or "Mr. Deluca"), by counsel, and pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby responds to Plaintiff Dawn Harrell's ("Harrell") Second Set of Interrogatories.

1. Itemize and describe all draws, advances or other transfers of monies from Dashco to Deluca, Federal Home, or Federal Construction pursuant to the Loan and indicate the purpose for which Deluca, Federal Home, or Federal Construction used each advance, draw or other transfer of money by reference to the invoice, supplier, contractor or subcontractor, laborer or any other Person to whom Deluca, Federal Home, or Federal Construction transferred the money received from Dashco. Such response should in aggregate total $3,543,578.48, which is the total amount of the Loan.

**OBJECTION: Mr. Deluca objects to this request as overly burdensome as the burden of the proposed discovery outweighs any inferential benefit the Plaintiff intendeds to gain from the discovery. Mr. Deluca has produced invoices within his control and will contemporaneously produce documents related Dashco draws in response John Harrell's**

Second Requests for Production. The burden of producing an itemized list of transactions totaling over $3.5 million dollars, given Mr. Deluca's production of invoices and draw transactions, outweighs its likely benefit.

ANSWER: Subject to the forgoing objections, Dashco dispersed the following draws to Mr. Deluca:

| Draw | Amount | Date | |
|---|---|---|---|
| 1 | $120,696 | 11/1/2018 | Dashco187 |
| 2 | $55,600 | 12/4/2018 | Dashco187 |
| 3 | $122,217.8 | 1/4/2019 | Dashco210 |
| 4 | $121,700 | 2/13/2019 | Dashco247 |
| 5 | $156,800 | 3/7/2019 | Dashco267 |
| 6 | $142,250 | 4/16/2019 | Dashco311 |
| 7 | $190,500 | 5/6/2019 | Dashco314 |
| 8 | $153,500 | 5/20/2019 | Dashco350 |
| 9 | $132,300 | 6/3/2019 | |

Each draw was utilized for the materials and labor outlined in the corresponding draw requests. *See* **Dashco 001-413.**



01686014-2

2

Dated: February 1, 2021                    Respectfully Submitted,

                                      /s/ *Malcolm W. Thomas*
Raighne C. Delaney, Esq., VSB #38787
Juanita F. Ferguson, Esq., VSB # 44855
Malcolm W. Thomas, Esq., VSB #89629
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201
rdelaney@beankinney.com
jferguson@beankinney.com
mthomas@beankinney.com
(703) 525-4000 (phone)
(703) 525-2207 (fax)
*Counsel for Defendant*

### **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I served a true and correct copy of the forgoing on the following counsel of record through Email:

Thomas R. Lynch, VSB No. 73158
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
*Counsel for Plaintiffs*

Michael T. Marr, Esq.
Madelaine A. Kramer, Esq.
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 300
McLean, VA 22101
*Counsel for Co-Defendants*

                                      /s/ *Malcolm W. Thomas*
Malcolm W. Thomas