

**PEC CONTRACTING**
*Get it Done, Get it Right.*

Reference: 6122LWPP04

# PLUMBING INVOICE

**July 19, 2019**

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

## SCOPE OF WORK

1. Obtain required trade permit(s) from Arlington County.
2. PEC will install Water Heater - Fixture to be provided by Federal Construction Company LLC
3. PEC will install and supply sump pump

    Regular sump ( no back or battery)
4. PVC waste and vent piping (sized as required for work).
5. CAST IRON stacks for only 2 stacks in the project,
6. CPVC water supply piping (sized as required for work).
7. Roughing and final for the following areas

    **6 Full Bathrooms**
    - Water & Waste line for sink
    - Water & Waste line for Tub/Shower
    - Water & Waste line for toilet

    **1 Powder Bathroom**
    - Water & Waste line for sink
    - Water & Waste line for Toilet

    **1 Master Bathroom (Located in the new addition area)**

Case 1:20-cv-00087-AJT-IDD   Document 50-6   Filed 04/09/21   Page 1 of 18 PageID# 734

- Water & Waste line for 2 sinks
- Water & Waste line for 1 Toilet
- Water & Waste line for 1 Tub
- Water line for steam shower (provided by Federal Construction Company LLC)

1 Full Kitchen

- Water & Waste line for 2 Sinks
- Water line for disposal
- Water line for dishwasher
- Water line for icemaker

1 Full Laundry (Located in the new addition area)

- Water & Waste line for sink
- Water & Waste line for washer

1 Future Laundry in Basement (ROUGH-IN ONLY)

- Water & Waste line for washer
- Water & Waste line for sink

MISC Plumbing Work

- Water & Waste line for sink in existing garage
- Relocate mechanical sink in mechanical room

8. New Gas lines for the following areas.

   - Gas line for 1 Water Heater
   - Gas line for 2 Furnaces
   - Gas line for 2 Fireplace First Floor.
   - Gas line for 1 Range
   - Gas line for 1 Grill (stub out)

9. Rough-in and final connection of plumbing fixtures (rough-in valves, shower pans, and fixtures shall be supplied by Federal Construction Company LLC).

10. Provide labor, tools, fittings, supplies, etc. to complete the plumbing work (except those items noted as supplied by Federal Construction Company LLC).

11. Run water line for 4 hose bibs around the house.

12. Placement of waste materials in on-site dumpster (dumpster shall be provided by Federal Construction Company LLC).

13. No new water or sewer is included in this proposal.



# PEC CONTRACTING
*Get it Done, Get it Right.*

Reference:6122LWPE06

## PAID        EXTRA INVOICE

July 2, 2019

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

## SCOPE OF WORK

| Description | Amount |
|---|---|
| Plumbing | |
| <ul><li>Snake in Basement bathroom 1st Trip</li><li>Fix gas pipe (Poste)</li><li>Snake and sewer camera 2nd Trip Monday July 1st</li></ul> | |
| Total Plumbing Due Now | 1,200 |
| Paid on 8-5-19 ck 1644 | |

PEC CONTRACTING LLC        FEDERAL CONSTRUCTION COMPANY LLC

FEDERAL CONSTRUCTION COMPANY L
1101 CHAIN BRIDGE RD
MCLEAN, VA 22101

**1404**

65-329/550

PAY TO THE ORDER OF: PEC Contracting

Ten Thousand dollars and 0/100 DOLLARS

$ 10,000.00

DATE: Feb 08, 19

EagleBank
www.eaglebankcorp.com

FOR: Deposit Plumbing

Lee Hwy 1st payment

**FEDERAL CONSTRUCTION COMPANY L**
1101 CHAIN BRIDGE RD
MCLEAN, VA 22101

1445

DATE March 22, 19    65-329/550

PAY TO THE ORDER OF PEC CONTRACTING                $ 10,000.00

Ten Thousand dollars and 0/100                     DOLLARS

**EAGLEBANK**
www.eaglebankcorp.com

FOR _____

Lee Hwy 2nd Payment

```
                                                            1644
FEDERAL CONSTRUCTION COMPANY L                           19
   1101 CHAIN BRIDGE RD
   MCLEAN, VA 22101                          DATE July 18, 19
                                                          65-329/550
PAY
TO THE      PEC
ORDER OF
         One thousand five hundred                  $ 1,500.00
                                                        DOLLARS
         EAGLEBANK
         www.eaglebankcorp.com
FOR  ceiling                    [signature]
```

Lee Hwy 3rd payment

**FEDERAL CONSTRUCTION COMPANY L**
1101 CHAIN BRIDGE RD
MCLEAN, VA 22101

1672

DATE Aug 5, 19

65-329/550

PAY TO THE ORDER OF PEC     $2,200.00

Two thousand two hundred and 00/100 DOLLARS

EagleBank
www.eaglebankcorp.com

FOR _____

Extra - Snake            1,200
Lee Hwy 4th Payment   1,000
                                     2,200



**PEC CONTRACTING**
*Get it Done, Get it Right.*

Reference:6122LWPE02

# PAID   CHANGE OF ORDER

June 12, 2019

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

| Description | Amount |
|---|---|
| **Plumbing** | |
| Run 3 Gas lines<br>( 1) Pool<br>( 2)  Gas Lanterns – gas pipe and installation included<br>Excavation and Backfill included<br>Amend permit to include these | 1,900 |
| Change valve for 2 bathroom<br>  - Relocation of valves in one bathroom<br>  - Add shower valve for rain shower in another | 400 |
| Remodel Basement Bath<br>  - All plumbing pipes will stay in existing location<br>  - Review current plumbing<br>  - Final installation included. | 1,200 |
| Fix copper pipe in wall damaged | 100 |
| **Total Plumbing Due Now**<br>Paid on 6-12-19 ck 1561 | **3,600** |

PEC CONTRACTING LLC

FEDERAL CONSTRUCTION COMPANY LLC

```
                                                                          1561
FEDERAL CONSTRUCTION COMPANY L
    1101 CHAIN BRIDGE RD
    MCLEAN, VA 22101
                                              DATE June 12, '19    65-329/550
PAY
TO THE      PEC
ORDER OF
            Three Thousand six hundred and 0/100           $ 3,600.00
                                                                   DOLLARS
         EAGLEBANK
              www.eaglebankcorp.com
FOR   6122 LOPEZ                         [signature]
```



## PEC CONTRACTING
*Get it Done, Get it Right.*

Reference:6122LWPE05

PAID    EXTRA INVOICE

June 12, 2019

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

### SCOPE OF WORK

| Description | Amount |
|---|---|
| Plumbing | |
| • Fix pipe in garage | |
| Total Plumbing<br>Paid on 6-12-19 ck 1562 | 400 |

PEC CONTRACTING LLC

FEDERAL CONSTRUCTION COMPANY LLC

**FEDERAL CONSTRUCTION COMPANY L**
1101 CHAIN BRIDGE RD
MCLEAN, VA 22101

1562

PAY TO THE ORDER OF: PEC

DATE: June 12, 19

65-329/550

Four hundred dollars and 0/100         $ 400.00   DOLLARS

**EagleBank**
www.eaglebankcorp.com

FOR: 6122WPEOS

Signature: Doug O___



# PEC CONTRACTING
*Get it Done, Get it Right.*

**Reference: 6122LWS03**

# PAID　　　INVOICE

May 21, 2019

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

## - SCOPE OF WORK

| Description | Amount |
|---|---|
| **Plumbing** | |
| • Run pipes for water line<br>• Run pipes for sewer line<br>• Permit included<br>• Only inside property. | |
| Total Plumbing | 7,000 |



## PEC CONTRACTING
*Get it Done, Get it Right.*

Reference:6122LWPE04

## PAID  EXTRA INVOICE

April 29, 2019

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

- SCOPE OF WORK

| Description | Amount |
|---|---|
| Plumbing | |
| • Cap off Radiator pipe in kitchen<br>• Cap off Radiator pipe 2nd floor closet<br>• Take out pipes in kitchen and 2nd floor | |
| Total Plumbing<br>Paid on 5-24-19 ck 1517 | 600 |

Case 1:20-cv-00087-AJT-IDD   Document 50-6   Filed 04/09/21   Page 13 of 18 PageID# 746

PEC CONTRACTING LLC

FEDERAL CONSTRUCTION COMPANY LLC

**FEDERAL CONSTRUCTION COMPANY L**
1101 CHAIN BRIDGE RD
MCLEAN, VA 22101

1479

65-329/550

DATE April 25/19

PAY TO THE ORDER OF: PEC

$ 3,500.00

Three Thousand five hundred and 0/100 DOLLARS

EagleBank
www.eaglebankcorp.com

FOR: Sewer & water line 1st payment

```
                                                                          1517
FEDERAL CONSTRUCTION COMPANY L
    1101 CHAIN BRIDGE RD                          DATE  May 24, 19      65-329/550
    MCLEAN, VA 22101

PAY
TO THE     PEC
ORDER OF                                                         $ 4,100.00
         Four thousand one hundred and 00/100         DOLLARS

  EagleBank
  www.eaglebankcorp.com

FOR
```

Lee Hwy Sewer Final    3,500
Extra Cup off Radiator   600
                       -------
                        4,100



# PEC CONTRACTING
*Get it Done, Get it Right.*

Reference:6122LWPE01

# <span style="color:red">PAID</span> CHANGE OF ORDER

**March 21, 2019**

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

---

- **SCOPE OF WORK**

| Description | Amount |
|---|---|
| Plumbing | |
| • 3 extra fire place gas line | |
| Total Plumbing | 1,000 |
| Paid on 4-25-19 ck 1478 | |

PEC CONTRACTING LLC

FEDERAL CONSTRUCTION COMPANY LLC



# PEC CONTRACTING
*Get it Done, Get it Right.*

Reference:6122LWPE02

<span style="color:red">PAID</span>   **EXTRA INVOICE**

April 8, 2019

**Contractor Info:**

FEDERAL CONSTRUCTION COMPANY LLC

**Job Location:**

6122 Lee Hwy Arlington VA

- **SCOPE OF WORK**

| Description | Amount |
|---|---|
| Plumbing | |
| • Remove Bathroom | |
| Total Plumbing<br>Paid on 4-25-19 ck 1478 | 300 |

PEC CONTRACTING LLC           FEDERAL CONSTRUCTION COMPANY LLC

```
                                                                    1478
FEDERAL CONSTRUCTION COMPANY L
   1101 CHAIN BRIDGE RD
   MCLEAN, VA 22101                    DATE April 25, 19   65-329/550

PAY
TO THE        PEC                                      $ 1,300.00
ORDER OF _____

One Thousand three hundred and 0/100              DOLLARS

  EAGLEBANK
  www.eaglebankcorp.com                    [signature]

FOR  Lee Hwy  - Extra
```

Extra run gas line → 1,000
Extra Bathroom cap      300
                      ─────
                      1,300