7:47

212

**Branden Muha**

(i) a builder's all risk insurance policy (with a mortgagee's loss payable clause in favor of John and Dawn Harrell and Main Street Bank and with a physical loss form endorsement), without co-insurance, in an amount not less than one hundred percent (100%) of the replacement cost of the house, with the standard conditions; (ii) public liability insurance with limits of liability equal to at least $500,000 per occurrence; and (iii) workers' compensation insurance as required by applicable state law.

Please let me know if there is anything I can do to help. Thank you!!

I have standard home warranty and the only reason it's "incomplete" is because they had me rebuild the fucking

iMessage

DELUC-06853

2:20

‹ 176

**B**

**Branden Muha** ›

experiences, we typically do not see issues in updated/fully renovated properties.

They just mentioned kitchen wine fridge then... Two other things: 1) carpet runner for stairs (we never got to this on our call from the list); and 2) the enclosed walkway/mud room area from garage to house.

That's true. It really is in issue in Baltimore inner city.

Wine fridge needs to be paid for and they can have a mud room but the walk cannot be completely enclosed from house to carriage house. No on runner they need to purchase that lol

Wine fridge cost? I will let them know about mud room/walk. John said they will wait on rug install.

  iMessage 

      

DELUC-06964

**Branden Muha**

Hey Doug! Do you have time to chat?

Sorry I missed your call this AM

Tap to Download
Image-1.jpeg
324KB

9. Is one tankless water heater enough for a house this size ? I would have thought we needed more.

10. Insulation throughout

11. We will kill the deck but would like to see if it can be added later? Would prefer to have it

12. How to deal with driveway? Want gates/wall/the works. What about when pool is constructed? Damage?

10. Radon system?

11. Want to buy all appliances (not delay).

12. Would prefer to do built ins. Want Doug's class A product

DELUC-06997

2:36

176

**Branden Muha**

Tap to Download
IMG_9641.HEIC
2.3 MB

Tap to Download
IMG_9638.HEIC
3.8 MB

Tap to Download
IMG_9636.HEIC
2.7 MB

Looks great! Can I pass along to John and Dawn?

Yes. Anything on their end?

Just that they are still struggling with move, I will send over and let you know what they say back.

iMessage












DELUC-07014

8:00

214   **Branden Muha**

closing.

Agreed. Would be nice to have closing. Have customization list, have a couple walk throughs with Dawn... give em exactly what they wants

It's such a fine balance

Exactly. They are asking you to do things it would take most builders months to design and do.

FYI I could have sold the lots for $2.2M in Feb. that would have wiped out the investor

And then I free house

I love John. I'll bring it in at budget.

Your the best Doug, you completely changed your financial outlook to build this house for them

iMessage

DELUC-06913

2:34

176   **Branden Muha**

marketing for the main house. I promise we are going to find an even better buyer. I am sorry we wasted so much time/energy.

Thanks for the heads up. Let's hold on any marketing for a while. These last 2 months have been distracting. Onward and upward. As a friend make sure you cover yourself so your time is not wasted.

Will do. Thank you Doug. You know it is such a pleasure working with you because your product is something I can believe in. Please let me know if you need anything.

Again just cover your bases for representation. Having an insight on someone's word is a gift... the old fool me once saying. Cover your bases and sell him a house.

  iMessage 

      

DELUC-07011

2:39

176   Branden Muha >

Tap to Download
6122-lee-hwy-n-a-v...
1.5 MB

Here is the overview: She is correcting the hallway so that it ends flush with the main hall in owners suite. Any other issues you see?

I feel like the master seems cramped. What should I tell them?

The toilet is not square in the owner suite

Can they spell out owner suite

They suck

I'm calling right now because i just don't think it's an accurate scale.

I can't believe they do Sotheby's work



iMessage


      

DELUC-07028

11:00

192  Branden Muha

We are completing third party schedules and will respond with product deliveries and work schedules.

I am completely fine with returning of unused deposit, credits and escrow.  How are we credited for work in place and engineering?

Bathroom
Circular Window Purchased
Engineering
Stone Cradle
Roughed in waste line for futures
*I am willing to buy back the RL mirror and credit the window if possible.

Porch
Engineering
Stonework Patio Extension and Wall Inspection.

I would like this resolved and

iMessage

DELUC-06736