


DELUC- 09465





DELUC-09001

3:52

‹ 212

**Melvin Escobar Stone** ›

> Yes

Ok

Mar 26, 2019, 8:16 PM

they're calling you from Home Depot to pay for the pipes

they're calling you from Home Depot to pay for the pipes

Mar 27, 2019, 6:54 AM

Douglas can arrive at work at 7:30

> Ok

> Tap to Download
> IMG_0707.JPG
> 331KB

> Tap to Download
> IMG_0706.JPG

Text Message

DELUC- 09387

8:02

204

**Jose Calix Gus**

Can you pay cash for the guys today

Nov 10, 2018, 2:57 PM

I only have check

Ok

Nov 13, 2018, 9:57 AM

I Will need 100 / 2x4x8 to framen the garage. the exterior paint too

Ok. I'm coming

Nov 13, 2018, 3:35 PM

Tap to Download
IMG_6570.HEIC
363KB

DELUC- 09412



Tap to Download
photo0.jpg
847KB

Jan 9, 2019, 7:22 AM

I Will call from home depot

Ok

DELUC- 09434

