# UNITED STATES DISTRICT COURT
## CIVIL BENCH TRIAL (DAY SIX)

Date**: 07/28/2022**                                    Case No.**:**        **1:20cv87**
Time:_ 11:01am-_                                       Judge**:**          **Hon. Liam O'Grady**
                                                      Reporter **:**       T. Harris
                                                      Deputy Clerk: Y. Guyton


## JOHN E. HARRELL, ET AL.

            V.

## DOUGLAS M. DELUCA.


Counsel for Plaintiff                                  Counsel for Defendant
**Thomas Lynch**                                        **Michael Coughlin**
**Walter Fitzhugh**                                      **Brooke West**




This case comes on for a Bench Trial by the Court. Appearance of Counsel for Plaintiffs' and Defendant.

- Testimony of Plaintiffs' Witness Michael Young

Rule envoked on witnesses [   ]      Opening statements made [   ]

Plaintiff adduced evidence and rests [ X] Motions:

Defendant adduced evidence and rests [   ] Motions:

Rebuttal evidence adduced [   ]   Sur-Rebuttal evidence adduced [   ]   Evidence concluded [ X]

Closing arguments heard [   ]

Pltf exhibits #736, #737, #738 are admitted
Court advised of case status; parties not able to reach a settlement
Parties have agreed to let expert reports come in