# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JOHN E. HARRELL | ) | |
| | ) | |
| and | ) | |
| | ) | **Case No.: 1:20-cv-00087** |
| DAWN D. HARRELL | ) | **(LO/MSN)** |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS M. DELUCA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES

Plaintiffs John and Dawn Harrell ("Plaintiffs") hereby submit these pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3):

I.    **Witness List:**

A.  Plaintiffs expects to present the following witnesses:

1) John Harrell    7/11/22, 7/12/22
19 Donax Road
Hilton Head, SC 29928
203-517-8635

2) Dawn Harrell    7/14/22
19 Donax Road
Hilton Head, SC 29928
202-527-4124

3) Brendan Muha    7/13/22, 7/14/22
TTR Sotheby's International Realty
2300 Clarendon Blvd., Suite 200
Arlington, Virginia 22201

1

571-217-0939

4) Jose Shephard 3/30/22
Marble Systems, Inc.
2737 Dorr Ave.
Fairfax, VA 22031
703-204-1818

5) Emad Elmagraby 7/12/22
Arlington County
2100 Clarendon Blvd Suite 1000
Arlington, VA 22201
703-228-3800

6) Andy Fulambarkar
Soil and Structure Consulting, Inc.
1889 Preston White Dr #104
Reston, VA 20191
703-391-8911

7) Jose Calix
Eagles Contractors, LLC
1012 S Hoga Road
Sterling, VA 20164
703-498-4480

8) Steve Bender
RSC Insurance Brokerage, Inc.
(Successor to Creative Insurance Solutions LLC)
7500 Old Georgetown Road, Suite 925
Bethesda, Maryland 20814
240-290-0051

9) Matthew Bowe (Expert Witness) 7/13/22
Matthew Bowe Design Build
610 Main Street, Suite 200
Purcellville, VA 20123
540-338-8242

10) Matthew Furlong (Expert Witness) 7/12/22, 7/13/22
The Falcon Group
7361 Calhoun Place, Suite 325
Rockville, MD 20855
240-328-1095

2

11) Shayan Amin (Expert Witness) 7/14/22
The Falcon Group
7361 Calhoun Place, Suite 325
Rockville, MD 20855
(240) 328-1095

12) John Catlett (Expert Witness) 7/12/22
JD Catlett Consulting LLC
8923 Dahlgren Ridge Road
Manassas, Virginia 20111
(757) 787-7495

13) Barnes Lawson (Expert Witness)          MICHAEL YOUNG - 7/28/22
Law Offices of William B. Lawson
Suite 100
6045 Wilson Blvd
Arlington, Virginia 22205-1546
703-534-4800

B. Plaintiffs may call the following witnesses, if the need arises:

1) Erika B. Schiller
Law offices of Erika B. Schiller
6861 Elm Street #4A
McLean, VA 22101
703-852-1730

2) Seth Balsam
Priddy Chimney Sweeps
7636 Standish Place, Suite B
Derwood, Maryland 20855
301-530-4262

3) Julianne Stirling
Stirling Design Associates
19943 Scanmar Lane
Cornelius, NC 28031
203-913-9330

4) Jose Rosa
United Electrical Services, LLC
3003 Albany Court
Woodbridge, VA 22193
703-498-4489

3

5) Juan Garcia Ramos
Vanessa HVAC
6526 Arlington Blvd.
Falls Church, VA 22042
703-744-0819

6) Demetrio Hernandez
7447 Boundary Ave.
Manassas, VA 20111
703-477-9478

7) Daniel Adler
Dashco Inc.
11350 Random Hills Road, Suite 720
Fairfax, VA 22030
703-591-0345

8) Dubysa Pena
P.E.C. Contracting. LLC
4757 Williamsburg Blvd.
Arlington, VA 22207
703-867-9863

9) Dave Delean
Allegro Pools
10221 River Road
Potomac, MD 20859
703-994-5572

10) Ricardo Amaya
Address currently unknown
703-843-6843

11) Mary T. Charity
Department of Professional and Occupational Regulation
60 Maryland Drive, Suite 400
Richmond, VA 23233
804-367-8500

12) Ana Guerra
Fairfax County
Department of Code Compliance

4

12055 Government Center Parkway
Fairfax, VA 22035
703-222-0801

13) Donald Ellenberger
Ellenberger Mechanical, Inc.
9400 Westmoreland Ave
Manassas, VA, 20110 - 3656, USA
703-392-0449

14) John Altmiller
Pesner Altmiller Melnick & DeMers
8000 Westpark Drive, Suite 600
Tysons, VA 22102
703-506-9440

15) Kim Sperduto
Sperduto Thompson & Gassler
1747 Pennsylvania Avenue, NW, Suite 1250
Washington, DC 20006
202-733-6709

16) Marianna Quackenbush
Main Street Bank
10089 Fairfax Blvd
Fairfax, Virginia, 22030
703-481-4550

17) Manuel Felipe
Fairfax County
Department of Code Compliance
12055 Government Center Parkway
Fairfax, VA 22035
703-324-1190

18) Austin Sanchez
Fairfax County
Department of Code Compliance
12055 Government Center Parkway
Fairfax, VA 22035
703-324-1388

19) Rosa Achour
    Arlington County
    2100 Clarendon Blvd Suite 1000
    Arlington, VA 22201
    703-228-3800

20) Michael Jackie
    Bruce W. Reyle & Company, Inc.
    3837 Plaza Drive
    Fairfax, VA 22030
    703-273-7375

21) Douglas DeLuca
    1101 Chain Bridge Road
    McLean, Virginia 22101
    Phone: (703) 625-0058

22) Cody Ragan
    Falcon Heating and Air Conditioning
    42731 Trade West Drive
    Sterling, VA 20166
    571-238-5383

23) Steve Orser
    Lasertech Floor Plans
    1515 Market Street, Suite 1200
    Philadelphia, PA 19102
    215-854-4050

24) William Blackwell
    8751 Buckland Mill Road
    Gainesville, VA 20155
    703-754-8702

## II. Exhibit List:

Plaintiffs' exhibit list is attached hereto as Exhibit A.

Respectfully submitted,

/s/ THOMAS R. LYNCH
THOMAS LYNCH (VSB No. 73158)
SELZER GURVITCH RABIN WERTHEIMER & POLOTT, P.C.
4416 East West Highway, Fourth Floor
Bethesda, MD 20814
Telephone: (301) 986-3178
Facsimile: (301) 986-1301
Email: tlynch@sgrwlaw.com
*ATTORNEY FOR JOHN AND DAWN HARREL*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MAY 21, 2021, I SERVED A TRUE AND CORRECT COPY OF THE FOREGOING ON THE FOLLOWING COUNSEL OF RECORD THROUGH THE COURT'S CM/ECF SYSTEM

RAIGHNE C. DELANEY
JUANITA F. FERGUSON
MALCOLM W. THOMAS
BEAN KINNEY & KORMAN, P.C.
2311 WILSON BLVD, SUITE 500
ARLINGTON, VA 22201
*COUNSEL FOR DOUGLAS DELUCA*

/s/ THOMAS R. LYNCH
THOMAS LYNCH (VSB No. 73158)
SELZER GURVITCH RABIN WERTHEIMER & POLOTT, P.C.
4416 East West Highway, Fourth Floor
Bethesda, MD 20814
Telephone: (301) 986-3178
Facsimile: (301) 986-1301
Email: tlynch@sgrwlaw.com
*ATTORNEY FOR JOHN AND DAWN HARRELL*

7