UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| JOHN E. HARRELL, *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | Civil Action No.: 1:20-cv-00087 |
| | ) | (LO/MSN) |
| v. | ) | |
| | ) | |
| DOUGLAS M. DELUCA, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

DEFENDANT DOUGLAS M. DELUCA'S,
AMENDED PRETRIAL DISCLOSURES

Defendant Douglas M. DeLuca ("Defendant" or "Mr. DeLuca") by counsel, and pursuant

to Rule 26(a)(3) of the Federal Rules of Civil Produce and this Court's Scheduling Order (ECF

No. 18), hereby submits the following as his final pretrial disclosures.

**(i)    Witnesses**

**Defendant expects to call the following witnesses:**

1.    Douglas M. DeLuca; Mr. DeLuca may be contacted by undersigned counsel -7/18/2022, 7/19/2022

2.    Dawn Harrell

3.    John Harrell

4.    Brendan Muha

5.    Angus Macdonald 7/14/22

6.    Kiet Nguyen 7/19/22

**Defendant may, if the need arises, call the following witnesses:**

7.    Emad Elmagraby, 2100 Clarendon Boulevard, Suite 1000, Arlington, VA 22201;

(703) 228-7094

1

8.    Shahriar Amiri, 2100 Clarendon Boulevard, Suite 1000, Arlington, VA 22201; (703) 228-3848

9.    Michael Jackie, 3837 Plaza Drive, Second Floor, Fairfax, VA (703) 273-7375 7/14/22

10.   PEC Contracting Representative, 2946 Sleepy Hollow Road, Suite 2E, Falls Church, VA 22044; (703) 237-4146

11.   Vanessa HVAC Representative, 6526 Arlington Blvd, Falls Church, VA 22042; (703) 593-0687

12.   Brian B. Quick Representative, (202) 427-5311

13.   Demetrio Hernandez, United Electrical Services, 7447 Boundary Ave, Manassas, VA 20111; (703) 398-5883

14.   Jose Calix, 13223 Keach Pl, Herndon, VA, 20170; (703) 498-4480

15.   Energy One America Representative, 454 Jessen Lane Charleston, SC 29492; (843) 388-6260

16.   Any witnesses listed by Plaintiffs and not objected to by Defendant.

Defendant reserves the right to amend or supplement the foregoing witness list as reasonably necessary.

Defendant further reserves the right to call additional witnesses for impeachment or rebuttal purposes as necessary.

**(ii)    Designation of Deposition Testimony.**

Any witness identified or designated by Defendant. Defendant reserves the right to use any deposition testimony for the purposes of impeachment.

Defendant reserves the right to designate any rebuttal witnesses/testimony.

2

(iii)    **Exhibit List** – Defendant Expects to move for admission all exhibits listed below, unless noted with an **M** in the Bates No. column.

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 1. | 1/2 -1/4/19 Texts between Muha and John Harrell re: value of 6122 Lee | Harrell0061952 | | |
| 2. | 1/4 - 1/17/19 texts between Muha and John Harrell re: Ritz Meeting | Harrell0061953-61954 | | |
| 3. | Residential Sales Contract, dated February 21, 2019 | Harrell0005524-0005544 | | |
| 4. | Mar 6-8, 2019 text exchange between Brendan Muha and Harrells | Harrell0004632 | | |
| 5. | Honeysuckle Hill Marketing Materials | TTR3962-70 | | |
| 6. | March 15-16, 2019 text exchange between Brendan Muha and | Harrell0004637 | | |
| 7. | 3/15/19 email exchange between Brendan Muha to John Harrell re: Harden Inspection | TTR -002399-402 | | |
| 8. | 3/15/19 Email Between Brendan Muha and Harrells with Inspection | Harrell005583-657 | | |
| 9. | 3/18/19 email from Brendan Muha to John Harrell re: home inspection | TTR-002406 | | |
| 10. | 3/18/19 email from Brendan Muha to John Harrell re: 626 Philip Digges | Harrell0014281-14282 | | |
| 11. | 3/16/2019 text exchange between Brendan Muha and Dawn Harrell re: permits for Great Falls property | Harrell0060673-74 | | |
| 12. | Inspection Report, 626 Philip Digges | TTR-001813-1875 | | B. MUHA 7/14/22  D. DELUCA 7/18/22 |
| 13. | Residential Sales Contract, dated April 3, 2019, as amended | | | |
| 14. | Appraisal of 6122 Lee Highway, dated 4/26/2019 | MainStreet000075-113 | | J. HARRELL 7/11/22  D. DELUCA 7/18/22 |

3

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 15. | 5/2/19 email from Mariana Quackenbush to John Harrell and forwarded to Doug DeLuca re: | DELUC04821 | | D.DELUCA 7/18/22 |
| 16. | 5/13/2019 email from Doug DeLuca to John Harrell with Pool Estimate | TTR-002639-043 | | |
| 17. | 6/4/19 email from John Harrell to Mariana Quacken bush re: authorization for approval of appraisal | MainStreet000119 | | |
| 18. | 6/8/19 texts between Muha and John Harrell re: construction | Harrell0061975-0061976 | | |
| 19. | 6/10/19 text exchange between Defendant and Brendan Muha re: square | Harrell0005168-69 | | D.DELUCA 7/18/22 |
| 20. | 6/15/19 Texts Between Muha and John Harell re: escrow amount | Harrell0061977-0061980 | | |
| 21. | 6/16-17 text exchange between Brendan Muha and John Harrell | Harrell0027199 | | |
| 22. | 6/16/19 Texts among Harrells and Muha re: items and costs | Harrell0060710-0060714 | | |
| 23. | 6/18/19 Texts Between DeLuca and John Harrell re: escrow | Harrell58407 | | |
| 24. | 6/18/19 Texts Among Harrells and Muha re: escrow amount | Harrell0060720-0060727 | | |
| 25. | 6/19/19 Texts Among Harrells and Muha re: reason for purchasing 6122 Lee Highway | Harrell0060730 | | |
| 26. | June 20, 2019 email exchange among Defendant, Brendan Muha and the Harrells re: closing | Harrell005177-78 | | |
| 27. | 6/20/19 Texts among Harrells and Muha re: bump out permit | Harrell0060733-0060734 | | |
| 28. | 7/1/19 Texts Between Muha and John Harrell re: warranty language | Harrell061984-0061985 | | |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. | |
|---|---|---|---|---|---|
| 29. | Appraisal Update of 6122 Lee Highway, dated 6/27/2019 | MainStreet000381 | | J.HARRELL 7/12/22<br>D.DELUCA 7/18/22 | |
| 30. | 6/28/2019 email from Mariana Quackenbush to John Harrell re: Appraisal Inspection | MainStreet000122 | | | |
| 31. | Settlement Escrow Agreement, dated July 2, 2019 | Harrell004228 | | | |
| 32. | Emails between Harrells and DeLuca re: pause of work | DELUC 3727-3739,4276-4284 | | D.DELUCA 7/18/22 | |
| 33. | June 28, 2019 Text of Punch List | Hareell004708 | | | |
| 34. | Text exchange between Defendant and the Harrells re: fireplace and tiles | Harrell0005273 | | | |
| 35. | July 2-3, 2019 text exchange between Defendant and Dawn Harrell pre- | Harell005265 | | J.HARRELL 7/12/22 | |
| 36. | Walkthrough and Punch List | TTR-004632-645 | | | |
| 37. | Post-Closing Agreement, dated July 3, 2019 | Harrell0004138-4142 | | D.DELUCA 7/18/22 | |
| 38. | Punch List , Updated 7/7/2019 | Harrell0016502-511 | | D.DELUCA 7/18/22 | |
| 39. | Punch List as of 8/6/2019 | Harrell0016512 | | D.DELUCA 7/18/22 | |
| 40. | Punch List as of 8/6/2019, Updated 8/23/2019 | | | D.DELUCA 7/18/22 | |
| 41. | August 6, 2019 email from Doug DeLuca to Plaintiffs re: outstanding items to be completed at the Property | Harrell0020464-69 | | D.DELUCA 7/18/22 | |
| 42. | 8/6/19 text between John Harrell and Doug DeLuca re: items in need of | Harrell0005386-87 | | D.DELUCA 7/18/22 | |
| 43. | August 6, 2019 email from John Harrell to Defendant re: scheduling of inspections | Harrell0017297-299 | | D.DELUCA 7/18/22 | |
| 44. | 8/20/19 email exchange between Brendan Muha and Doug DeLuca re: | Harrell0016717 | | | |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 45. | Doug DeLuca 8/27/2019 Email re: Punch Lists | Harrell009747 | | |
| 46. | Federal Home, LLC 7/2/2019 Warranty Letter | Harrell0016716 | | |
| 47. | 8/12/19 Harden Inspections Inspection Report | Harrell0004568-4580 | | J. HARRELL 7/11/22 D. DELUCA 7/18/22 J. HARRELL 7/11/22 |
| 48. | 9/4/19 EBL Site Investigation Log | Harrell004229-303 | | |
| 49. | September 8, 2019 email between Doug DeLuca and John Harrell re: updated Inspection Report | Harrell0021929-31 | | |
| 50. | September 10, 2019 emails between Doug DeLuca and John Harrell re: updated inspection report | Harrell0016513-19 | | |
| 51. | 10/22/19 email exchange between Doug DeLuca and the Harrells re: roofing issues | Harrell0016192 | | |
| 52. | 10/28/19 Soil & Structure Letter | Harrell0000134 | | |
| 53. | 10/28/19 Soil and Structure Letter re: beam and settlement crack | Arlington000005 | | A. MacDonald 7/14/22 D. DELUCA 7/18/22 |
| 54. | Unexecuted Change Orders | DELUC-01255-01263 | | D. DELUCA 7/18/22 " " 7/19/22 |
| 55. | 5/15/2019 ABW Sales Order | DELUC 09843-47 | | |
| 56. | 5/15/19 ABW Sales Order | DELUC 09848-52 | | |
| 57. | 5/15/19 ABW Sales Order | DELUC 09857-61 | | |
| 58. | Pella Contract | DELUC 10237-10252 | | |
| 59. | NVS Kitchen & Bath Contract | DELUC 09669-70 | | |
| 60. | 5/10/2019 NVS Kitchen & Bath Receipt | DELUC 09680 | | |
| 61. | 7/10/2019 NVS Kitchen & Bath Receipt | DELUC 09679 | | |
| 62. | Crestwood Re-Acknowledgement | DELUC 09678 | | |
| 63. | 4/18/2019 text exchange between Doug DeLuca and Melvin Escobar re: | DELUC 09327-09331 | | |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 64. | 10/24/2018 text exchange between Doug DeLuca and Jose Calix re: work estimates | DELUC 09404,07, 444, 484, 514 | | |
| 65. | 3/2/2019 Check No. 1431 to Eagles Contracting | DELUC 09516 | | |
| 66. | 4/25/19 text of $2443 for materials payment | DELUC 09551 | | |
| 67. | 5/10/2019 Check No. 140838 to Eagles Contracting | DELUC 09552 | | |
| 68. | 10/30/2018 Eagles Contracting Invoice | DELUC 09573-75 | | |
| 69. | 8/21/2019 Brian B. Quick Invoice | DELUC 09251-52 | | |
| 70. | 6/6/2019 New England Woodworks Invoice | DELUC 09262 | | |
| 71. | 5/7/2019 Energy One America Statement and Invoice | DELUC 08987, 9032-34 | | |
| 72. | 5/22/2019 Priddy Chimney Sweeps Receipt | DELUC 09038-39,82 | | |
| 73. | 7/12/2019 Priddy Chimney Sweeps Receipt | DELUC 09040 | | |
| 74. | 7/7/2020 Priddy Chimney Sweeps Receipt | DELUC 09041-42, 85 | | |
| 75. | Priddy Chimney Sweeps Invoice | DELUC 09046 | | |
| 76. | 4/24/20 Priddy Chimney Sweeps Receipt | DELUC 09047-8 | | |
| 77. | 7/30/20 Priddy Chimney Sweeps Receipt | DELUC 09054-55 | | |
| 78. | 7/16/20 Priddy Chimney Sweeps Receipt | DELUC 09058-59 | | |
| 79. | 3/19/19 Priddy Chimney Sweeps Receipt | DELUC 09060-61 | | |
| 80. | 4/24/20 Priddy Chimney Sweeps Receipt | DELUC 09062-63, 89 | | |
| 81. | Priddy Chimney Sweeps Invoice #1800 | DELUC 09066-67, 83-84 | | |
| 82. | 11/15/19 Priddy Chimney Sweeps Receipt | DELUC 09072-73 | | |
| 83. | 2/28/19 Priddy Chimney Sweeps Estimate | DELUC 09080-81 | | |

7

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 84. | 4/2/19 Priddy Chimney Sweeps Invoice #887 | DELUC 09087-88 | | |
| 85. | 3/14/19 TW Perry Order 1903-L39629 | DELUC 09139-40 | | |
| 86. | 3/14/19 TW Perry Order 1903-L40189 | DELUC 09144 | | |
| 87. | 10/30/18 TW Perry Order 1810-L92738 | DELUC 09145 | | |
| 88. | 6/13/19 Summit Int'l Flooring Estimate | DELUC 07130 | | |
| 89. | 8/6/19 Build.com Order Info | DELUC 05707-08, 07134 | | |
| 90. | 4/30/20 New England Woodworks Receipt | DELUC 06686 | | |
| 91. | Invoice List for Bryants Rolloff | DELUC 11109-11 | | |
| 92. | 11/19/18 Merrifield Receipt | DELUC 11115-16 | | |
| 93. | 3/20/20 Merrifield Receipt | DELUC 11112 | | |
| 94. | 6/14/19 Merrifield Receipt | DELUC 11113 | | |
| 95. | 6/25/19 Merrifield Receipt | DELUC 11114 | | |
| 96. | Soil & Structure Architectural & Structural Package Main | DELUC 10499-10518 | | D.bELucA 7/18/22 |
| 97. | Soil & Structure Architectural & Structural Package Carriage | DELUC 10519-10528 | | |
| 98. | Eagle Bank Checks 6/22-7/6/2019 | DELUC 09185-9189, 9192, 9227, 9193 | | |
| 99. | Eagle Bank Checks 12/30/2018-1/5/2019 | DELUC 09191 | | |
| 100. | Eagle Bank Checks 5/30-6/22/2019 | DELUC 09172-09184 | | |
| 101. | NVS Invoices and Receipts | DELUC 09678-09680 | | |
| 102. | Eagle Bank Checks 7/4-8/3/2019 | DELUC 09194-09200 | | |
| 103. | Eagle Bank Checks 8/3-8/30/2019 | DELUC 09201-09208 | | |
| 104. | Eagle Bank Checks 8/30-9/20/2019 | DELUC 09209-09213 | | |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 105. | Eagle Bank Checks 9/20-10/11/2019 | DELUC 09214-09219 | | |
| 106. | 6/21/2019 Check Number 1588 | DELUC 09671 | | |
| 107. | Eagle Bank Checks 10/11-11/1/2019 | DELUC 09220-09226 | | |
| 108. | 2/19/19 American Express Statement | DELUC 09697-09710 | | |
| 109. | 3/22/19 American Express Statement | DELUC 09711-09721 | | |
| 110. | 4/21/19 American Express Statement | DELUC 09722-09733 | | |
| 111. | 5/22/19 American Express Statement | DELUC 09734-09744 | | D. DeLuca 7/18/22 |
| 112. | 6/21/19 American Express Statement | DELUC 09745-09764 | | |
| 113. | 7/22/19 American Express Statement | DELUC 09765-09775 | | |
| 114. | 8/22/19 American Express Statement | DELUC 09825-09842 | | |
| 115. | 9/20/19 American Express Statement | DELUC 09811-09824 | | |
| 116. | 10/22/19 American Express Statement | DELUC 09792-09810 | | |
| 117. | 11/21/19 American Express Statement | DELUC 09776-09789 | | |
| 118. | 6/20/2019 Driveways2Day Invoice | DELUC 10726 | | |
| 119. | 5/8/2019 Dura Supreme Quote | DELUC 09659-09668 | | |
| 120. | Change Order Billing | DELUC 1137-40 | | |
| 121. | DeLuca Instagram Photos | DELUC 2769-2834 | | |
| 122. | 5/17/2019 Marble Systems Invoice | Harrell0000283 | | D. DeLuca 7/18/22 |
| 123. | 5/17/2019 Marble Systems Invoice | Harrell0000286 | | D. DeLuca 7/18/22 |
| 124. | 6/3/2019 Marble Systems Invoice | Harrell0000287 | | D. DeLuca 7/18/22 |
| 125. | 6/5/2019 Marble Systems Invoice | Harrell0000285 | | D. DeLuca 7/18/22 |
| 126. | 6/18/2019 Marble Systems Invoice | Harrell0000288 | | D. DeLuca 7/18/22 |
| 127. | 6/25/2019 Marble Systems Invoice | Harrell0000284 | | D. DeLuca 7/18/22 |
| 128. | 6/26/2019 Marble Systems Invoice | Harrell0000290 | | D. DeLuca 7/18/22 |
| 129. | 8/26/2019 Marble Systems Invoice | Harrell000289 | | |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 130. | 11/1/18 Email to Dascho re: progress | Dashco 00172-00186 | | J. Catlett 7/12/22 D. Deluca 7/18/22 |
| 131. | 11/1/18 Email to Dashco re: draw request | Dashco00187-00188 | | D. Deluca 7/18/22 |
| 132. | 12/4/18 Email to Dashco re: progress and draw request | Dashco00189-00208 | | D. Deluca 7/18/22 |
| 133. | 1/4/19 Email to Dashco re: draw request and progress | Dashco00209-00227 | | D. Deluca 7/18/22 |
| 134. | 2/13/19 Email to Dashco re: draw request | Dashco00247-00255 | | D. Deluca 7/18/22 |
| 135. | 2/13/19 Email to Dashco re: HVAC | Dashco00256-00265 | | |
| 136. | 3/7/19 Email to Dashco re: draw request and progress | Dashco00267-00285 | | D. Deluca 7/18/22 |
| 137. | 4/16/19 Email to Dashco re: draw request | Dashco00311-00312 | | D. Deluca 7/18/22 |
| 138. | 4/17/19 Email to Dashco re: progress | Dashco00286-00305 | | D. Deluca 7/18/22 |
| 139. | 5/5/19 Email to Dashco re: progress | Dashco00315-00349 | | D. Deluca 7/18/22 |
| 140. | 5/6/19 Email to Dashco re: draw request | Dashco00314 | | |
| 141. | 5/20/19 Email to Dascho re: draw request | Dashco00350-00375 | | D. Deluca 7/18/22 |
| 142. | 6/3/19 Email to Dashco re: progress | Dascho00377-00397 | | D. Deluca 7/18/22 " " 7/19/22 |
| 143. | Foam Insulation Certificate | DELUC007811 | | M. Bowe 7/13/22 A. Macdonald 7/14/22 |
| 144. | DeLuca Cellphone Notes | DELUC009681-9696 | | D. Deluca 7/18/22 |
| 145. | TDKI Report | | | M. Bowe 7/13/22 K. Nguyen 7/19/22 A. Macdonald 7/14/22 |
| 146. | Macdonald Report | | | |
| 147. | Plaintiffs' Rule 26(a) Initial Disclosures | M | | |
| 148. | Plaintiffs' Rule 26(a) Supplemental Initial Disclosures | M | | |
| 149. | DeLuca's Rule 26(a) Initial Disclosures | M | | |
| 150. | DeLuca's Rule 26(a) Supplemental Initial Disclosures | M | | |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 151. | Plaintiffs' Objections and Responses to DeLuca's First Set of | M | | |
| 152. | Plaintiffs' Supplemental Responses to DeLuca's First Set of | M | | |
| 153. | DeLuca's Responses to John Harrell's First Set of Interrogatories | M | | |
| 154. | DeLuca's Responses to Dawn Harrell's First Set of Interrogatories | M | | |
| 155. | DeLuca's Objections and Responses to Dawn Harrell's Second Set of Interrogatories | M | | |
| 156. | DeLuca's Objections and Responses to Dawn Harrell's Second Set of Interrogatories | M | | |
| 157. | Picture – Front view of house | DELUC-02781 | | |
| 158. | Picture – Corner of house/copper gutter | DELUC-00321 | | |
| 159. | Picture – Copper gutter | DELUC-00319 | | D.Deluca 7/18/22 |
| 160. | Picture – Rear view of house | DELUC-09433 | | D.Deluca 7/18/22 |
| 161. | Picture – Flags above mantel with shelving open on either side | DELUC-07279 | | D.Deluca 7/18/22 |
| 162. | Picture – Flags above mantel with shelving closed on either side | DELUC-07280 | | D.Deluca 7/18/22 |
| 163. | Picture – Flooring/partial view of kitchen | DELUC-00319 | | D.Deluca 7/18/22 |
| 164. | Picture – Kitchen island | DELUC-00332 | | D.Deluca 7/18/22 |
| 165. | Picture – Kitchen island | DELUC-00332 | | D.Deluca 7/18/22 |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 166. | Picture – Stove | DELUC-00325 | | D. DeLuca 7/18/22 |
| 167. | Picture – Staircase | DELUC-00338 | | D. DeLuca 7/18/22 |
| 168. | Picture – Bookcase | DELUC-00326 | | A. Macdonald 7/14/22 D. DeLuca 7/18/22 |
| 169. | Picture – Bunk beds | DELUC-00320 | | A. Macdonald 7/14/22 D. DeLuca 7/18/22 |
| 170. | Picture – Rock wall/bunk beds | DELUC-00321 | | A. Macdonald 7/14/22 D. DeLuca 7/18/22 |
| 171. | Picture – Empty room looking toward closet and bathroom | DELUC-00334 | | A. Macdonald 7/14/22 D. DeLuca 7/18/22 |
| 172. | Picture – Bathroom | DELUC-00322 | | A. Macdonald 7/14/22 D. DeLuca 7/18/22 |
| 173. | Picture – Bathroom | DELUC-00334 | | D. DeLuca 7/18/22 |
| 174. | Picture – Stairwell | DELUC-00337 | | A. Macdonald 7/14/22 D. DeLuca 7/18/22 |
| 175. | Picture – (2) Stairs/open doorway | DELUC-00337 | | |
| 176. | Picture – Empty room looking toward washer/dryer | DELUC-00337 | | D. DeLuca 7/18/22 |
| 177. | Picture – Empty room with light hanging in corner | DELUC-00321 | | |
| 178. | Picture – Electric panel | DELUC-00338 | | |
| 179. | Picture – Upstairs thermostat | DELUC-00327 | | |
| 180. | Picture – Main level thermostat | DELUC-00327 | | |
| 181. | Picture – Approved inspection: Plumbing, dated 6/12/19 | DELUC-02835 | | M. Bowe 7/13/22 D. DeLuca 7/18/22 |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 182. | Picture – Approved inspection: Electrical, dated 4/30/19 | DELUC-02837 *A.Macdonald 7/14/22* | | *E.Elmagraby 7/12/22 C.Catlett 7/12/22 M.Bowe 7/13/22* |
| 183. | Picture – Approved (partial) Inspection: Mechanical, dated 4/25/19 | DELUC-02837 *A.Macdonald 7/14/22* | | *E.Elmagraby 7/12/22 C.Catlett 7/12/22 M.Bowe 7/13/22* |
| 184. | Picture – Approved (partial) inspection: Building, Electrical, Mechanical, Plumbing, dated 6/11/19 and Approved inspection: Building, dated 6/14/19 | DELUC-02839 | | *E.Elmagraby 7/12/22 M.Bowe 7/13/22 A.Macdonald 7/14/22 D.DeLuca 7/18/22* |
| 185. | Picture – Building Permit (B1803016) Bath and Kitchen | DELUC-02857 | | |
| 186. | Text message exchange between John Harrell and Douglas Deluca re: tile (5/3/19) | Harrell0058091-0058095 | | *D.Harrell 7/14/22 D.DeLuca 7/18/22* |
| 187. | American Express Statement | DELUC09734-09744 | | |
| 188. | Text message exchange between John Harrell and Douglas Deluca re: roof (6/10/19) | Harrell0058302 | | |
| 189. | Email – Deluca to D. Harrell responding to her list of critical items she would like addressed. (8/6/19) | DELUC-03526-03530 | | |
| 190. | Email – Deluca to D. Harrell providing lists of items that are to be delivered. Still has personal items in garage that need to be removed. Needs to know good time to pick them up. (8/10/19) | DELUC-05437-05442 | | |
| 191. | Email – Deluca to J. Harrell responding to list of outstanding items (response embedded in J. Harrell's original 9:27 am. E-mail e-mail) (8/12/19) | DELUC-04219-04230 | | |
| 192. | Email – Deluca to J. Harrell regarding what must be done prior to inspections going forward. Does not feel they have a complete work product as of last Tuesday. (8/12/19) | DELUC-04162-04174 | | *D.DeLuca 7/18/22* |

| Exhibit No. | Item Description | Bates No. | I.D. | ADM. |
|---|---|---|---|---|
| 193. | Email – Deluca to J. Harrell responding in bold to his two prior emails regarding questions permits and HVAC. (8/13/19) | DELUC-04509 | | |
| 194. | Email – Deluca to J. Harrell stating he has been working off of 3 punch lists that were given to him. Provides answers in bold to John's questions. (8/27/19) | DELUC-05671-05672 | | J.Harrell 7/11/22 |
| 195. | Email – Deluca to J. Harrell responding to his statement that he has no idea what 7 inspections he's referring to. Deluca lists the 7 | DELUC-04592 | | |
| 196. | Email – Deluca to J. Harrell responding in bold to several questions he had about the crawl space, radiators, inspections, master tub and permits. (9/12/19) | DELUC-03350 | | |
| 197. | Email – Deluca to J. Harrell and D. Harrell providing info on proposed staircase for gym discussed during County meeting. Lead time is 1-2 weeks. (10/23/19) | DELUC-04382 | | |
| 198. | Email – Deluca to J. Harrell regarding Harper's radiator and the boiler thermostat. (10/25/19) | DELUC-04376 | | |
| 199. | ~~TRU PLACE PLANS~~ ~~Any exhibit identified, and not objected to, on Plaintiffs' Exhibit List~~ | | | B.Muha 7/14/22 |
| 200 | LETTER OF DEC 24, 2019 to MR. LYNCH FROM JUANITA F. FERGUSON | | | D.Deluca 7/18/22 " " 7/19/22 |

Defendant reserves the right to introduce any exhibit listed on any other party's

Exhibit List.


Defendant reserves the right to withdraw some of the Exhibits identified and to object

to another party's introduction of any Exhibit not introduced by Defendant.

Defendant reserves the right to introduce any additional exhibits, and any and all evidence, for the purposes of impeachment, cross-examination, or rebuttal.

Defendant reserves the right to create additional demonstrative exhibits based on the exhibits identified above.

Defendant reserves the right to supplement or amend this Exhibit List as necessary.

**(iv)  Statement of Uncontested Facts**

**JOINT STIPULATION OF UNCONTESTED FACTS**

Plaintiffs John and Dawn Harrell ("Harrells") and Defendant Douglas DeLuca ("DeLuca") (the Harrells and DeLuca are collectively the "Parties") hereby submit this Joint Stipulation of Uncontested Facts.

1.    On or about September 25, 2018, Deluca purchased the property located at 6122 Lee Highway in Arlington, Virginia (the "Property") for $2,115,000.

2.    On or about October 30, 2018, Deluca began construction on the Property.

3.    On April 3, 2019, the Parties entered into a Residential Sales Contract (the "Sales Contract").

4.    On May 28, 2019, the Parties entered into an addendum to the Sales Contract.

5.    On June 18, 2019, the Parties entered into a second addendum to the Sales Contract.

6.    On June 20, 2019, the Parties entered into a third addendum to the Sales Contract.

7.    On June 20, 2019, the Parties entered into a fourth addendum to the Sales Contract.

8.    On June 20, 2019, the Parties entered into a fifth addendum to the Sales Contract.

9.    On July 2, 2019, the Parties entered into a Settlement Escrow Agreement.

15

10.     On July 3, 2019, the Parties proceeded to closing on the Sales Contract.     The Harrells paid $4,557,490.28 at closing.

11.     On July 3, 2019, the Parties entered into a Post-Closing Construction Agreement ("Construction Agreement").

12.     Deluca did not complete all of the work required under the Construction Agreement.

13.     On December 2, 2019, the Harrells through counsel sent a letter to Deluca's counsel rescinding the Sales Contract, including all addendums and amendments thereto, and the Construction Agreement.

14.     On December 16, 2019, Mr. DeLuca rejected the Harrells' rescission of the Sales Contract, as amended and the Construction Agreement.

Dated: February ___, 2022                 Respectfully submitted,

                                          WALSH, COLUCCI, LUBELEY,
                                          & WALSH, P.C.

                                          /s/ Michael J. Coughlin
                                          E. Andrew Burcher, VSB No. 41310
                                          Michael J. Coughlin, VSB No. 70915
                                          Attorney for Defendant
                                          4310 Prince William Parkway, Suite 300
                                          Prince William, VA 22192
                                          Phone: (703) 680-4664
                                          Fax:  (703) 680-2161
                                          eaburcher@thelandlawyers.com
                                          mcoughlin@thelandlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on February ___, 2022, I served a true and correct copy of the forgoing on the following counsel of record through U.S. Mail and Email:

Thomas R. Lynch,
Esq. Selzer Gurvitch
Rabin Wertheimer &
Polott, P.C.
4416 East West Highway, Fourth
Floor Bethesda, MD 20814
tlynch@sgrwlaw.com
*Counsel for Plaintiffs*

/s/ Michael J. Coughlin
Michael J. Coughlin, VSB No. 70915
Attorney for Defendant
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax:  (703) 680-2161
mcoughlin@thelandlawyers.com