AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN _____ DISTRICT OF _____ VIRGINIA

John E. Harrell, et al.,

V.

Douglas M. Deluca

**STIPULATED EXPERT REPORT EXHIBITS**

Case Number: 1:20cv87-LO-IDD

| PRESIDING JUDGE | | | | | |
|---|---|---|---|---|---|
| Liam O'Grady | | | PLAINTIFF'S ATTORNEY Thomas R. Lynch | DEFENDANT'S ATTORNEY Eugene A/ Burcher | |
| TRIAL DATE (S) 07/11/2022 - 07/19/2022; 07/28/2022 | | | COURT REPORTER Scott Wallace | COURTROOM DEPUTY Paulina Miller | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 07/28/2022 | | X | Amin Opening |
| 21 | | 07/28/2022 | | X | Amin Rebuttal |
| 22 | | 07/28/2022 | | X | Amin Supplemental |
| 34 | | 07/28/2022 | | X | Catlett |
| 58 | | 07/28/2022 | | X | Furlong Opening |
| 59 | | 07/28/2022 | | X | Furlong Rebuttal |
| 901 | | 07/28/2022 | | X | Bowe Opening |
| 902 | | 07/28/2022 | | X | Bowe Chart |
| 903 | | 07/28/2022 | | X | Bowe Supplemental |
| | 145 | 07/28/2022 | | X | TKDI |
| | 146 | 07/28/2022 | | X | Macdonald |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.