UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN E. HARRELL,** *et. al.* ) | |
| ) | |
| **Plaintiffs** ) | Case No.: 1:20-cv-00087 |
| ) | (LO/IDD) |
| v. ) | |
| ) | |
| **DOUGLAS M. DELUCA** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## PLANTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED

As more fully described in the memorandum that accompanies this Motion, Deluca is liquidating a substantial asset (selling his primary residence) in advance of judgment (the "Sale"). Given the timing of the Sale and Deluca's conduct giving rise to this action, there is good cause to believe that immediate and irreparable damage to the Court's ability to grant effective final relief would result from the Sale, as well as the dissipation or concealment of assets. *See, e.g.*, *United States ex rel. Taxpayers Against Fraud v. Singer Co.*, 889 F.2d 1327, 1330-32 (4th Cir. 1989) (recognizing "irreparable harm" where the defendant's "assets [a]re in danger of dissolution and depletion").

The Harrells respectfully move the Court to find that the requirements of applicable rules and law are satisfied, and that the TRO is reasonable and necessary to protect the Harrells' interests and those of the public, and thus to order that: (1) Within (7) days of the Court's Order granting the temporary restraining order, Deluca provide to the Harrells a copy of the contract evidencing the Sale; and (2) Upon closing of the Sale (if it occurs), Deluca promptly place in an escrow

1

account maintained at a bank, upon such conditions to be agreed upon by the parties or otherwise determined by the Court, the amount due to Deluca after payment of closing costs and satisfaction of any lien encumbering the property as of the date hereof (including unpaid property taxes).

Dated:  September 8, 2022                          Respectfully submitted,

/s/ Thomas R. Lynch
Thomas Ryan Lynch (VSB 73158)
Asmar, Schor & McKenna, PLLC
5335 Wisconsin Avenue, NW, Suite 400
Washington, DC 20015
Tel:    202-464-8682
Fax:    202-686-3567
Email: tlynch@asm-law.com

Lee-Ann Brown (VSB 90019)
Bradley Arant Boult Cummings LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036
Tel: 202-719-8212
Fax: 202-719-8312
Email: labrown@bradley.com
*Counsel for Plaintiffs John and Dawn Harrell*

## **CERTIFICATE OF SERVICE**

I, Thomas Lynch, hereby certify that on the 8th day of September 2022, I served a true and correct copy of the foregoing on the following counsel of record through the Court's CM/ECF System:

E. Andrew Burcher
Michael J. Coughlin
Walsh, Colucci, Lubeley & Walsh, P.C.
Attorney for Defendant
310 Prince William Parkway, Suite 300
Prince William, VA 22192

/s/ Thomas R. Lynch
Thomas R. Lynch (VSB 73158)
Asmar, Schor & McKenna, PLLC
5335 Wisconsin Avenue, NW, Suite 400
Washington, DC 20015
Tel:   202-464-8682
Fax:   202-686-3567
Email: tlynch@asm-law.com
*Counsel for Plaintiffs John and Dawn Harrell*