IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN HARRELL AND DAWN HARRELL, )<br>)<br>*Plaintiffs,* )<br>)<br>v. )<br>)<br>DOUGLAS DELUCA, )<br>)<br>*Defendant.* )<br>)<br>) | Civil Action No. 1:20-cv-87<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on the Plaintiffs' Motion for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b). Dkt. 220. Federal Rule of Civil Procedure 65(b) allows a district court to issue a temporary restraining order without notice if two conditions are met. To show that a temporary restraining order is necessary, the movant must 1) outline specific facts in an affidavit or a verified complaint which show immediate and irreparable injury, loss, or damage will result before the adverse party can be heard, and that 2) the movant's attorney certifies in writing any efforts made to give notice and the reasons why notice should not be required. *Id.* The Plaintiffs in the instant case have met neither of these preconditions. In addition, the evidence adduced at trial does not indicate that Mr. Deluca intends to hide any assets or money proceeds from the sale of a property. There is no evidence that Mr. Deluca would not be able to satisfy a monetary judgment in the event the Court were to find such a judgment was appropriate.

The Plaintiffs have not filed any affidavit with the Court. The Plaintiffs' attorney has not certified that there were any appropriate efforts made to give notice of the intent to seek a restraining order and the current filing with the Court does not explain why such notice is unnecessary. The evidence adduced at trial does not indicate that Mr. Deluca has any intent to hide assets or has the intent to otherwise frustrate the potential award of a money judgment against Mr. Deluca. The timing of a potential sale of property does not demonstrate that Mr. Deluca has any intent to hide money that could potentially be used to satisfy a monetary judgment. As the Plaintiffs have not met the requirements to show that a temporary restraining order would be appropriate, the Plaintiffs' Motion for a Restraining Order (Dkt. 220) is **DENIED**.

It is so **ORDERED**.

September 12, 2022　　　　　　　　　　　　Liam O'Grady
Alexandria, Virginia　　　　　　　　　　　　United States District Judge