UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN E. HARRELL,** *et. al.* ) | |
|        ) | |
|        **Plaintiffs**       ) | **Case No.: 1:20-cv-00087** |
|        ) | **(LO/IDD)** |
| **v.**      ) | |
|        ) | |
| **DOUGLAS M. DELUCA**  ) | |
|        ) | |
|        **Defendant.**      ) | |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO RECOVER COSTS PURSUANT TO FRCP 68

Plaintiffs John and Dawn Harrell hereby submit this Response to Defendant's Motion to Recover Costs Pursuant to FRCP 68.

The Plaintiffs do not object to Defendant's motion to recover costs of $18,773.53 under Rule 68.

Dated:  November 21, 2022               Respectfully submitted,

/s/ Thomas R. Lynch
Thomas Ryan Lynch (VSB 73158)
Asmar, Schor & McKenna, PLLC
5335 Wisconsin Avenue, NW, Suite 400
Washington, DC 20015
Tel:     202-464-8682
Fax:    202-686-3567
Email: tlynch@asm-law.com
*Counsel for Plaintiffs John and Dawn Harrell*

**CERTIFICATE OF SERVICE**

I, Thomas Lynch, hereby certify that on the 21st day of November 2022, I served a true and correct copy of the foregoing on the following counsel of record through the Court's CM/ECF System:

    E. Andrew Burcher
    Michael J. Coughlin
    Walsh, Colucci, Lubeley & Walsh, P.C.
    Attorney for Defendant
    310 Prince William Parkway, Suite 300
    Prince William, VA 22192

    /s/ Thomas R. Lynch
    Thomas R. Lynch (VSB 73158)
    Asmar, Schor & McKenna, PLLC
    5335 Wisconsin Avenue, NW, Suite 400
    Washington, DC 20015
    Tel:    202-464-8682
    Fax:    202-686-3567
    Email: tlynch@asm-law.com
    *Counsel for Plaintiffs John and Dawn Harrell*