**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JOHN E. HARRELL, et al,**      ) | |
| ) | |
|     *Plaintiffs,*      ) | |
| ) | |
| **v.**      ) | **Civil Action No.:  1:20-cv-00087** |
| ) | **(LO/IDD)** |
| ) | |
| **DOUGLAS M. DELUCA,**      ) | |
| ) | |
|     *Defendant.*      ) | |

**ORDER**

UPON CONSIDERATION of Defendant, Douglas M. DeLuca's Motion to Recover Costs Pursuant to FRCP 68, any Opposition thereto, and the entire Record herein, it is

ORDERED that Defendant's Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that Plaintiffs John and Dawn Harrell shall pay, within ten (10) days of the date of this Order, $18,773.53 to Defendant Douglas M. DeLuca as costs incurred by Defendant after the date of the unaccepted January 21, 2021 Offer of Judgment.

ENTERED ___Nov. 21___, 2022.



/s/
Lian. O'Grady
United States District Judge