UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION

| | |
|---|---|
| **JOHN E. HARRELL,** *et. al.* ) | |
| ) | |
| **Plaintiffs** ) | Case No.: 1:20-cv-00087 |
| ) | (LO/IDD) |
| v. ) | |
| ) | |
| **DOUGLAS M. DELUCA** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs John Harrell and Dawn Harrell appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this matter on November 7, 2022 (docket number 228). Without intending to limit the scope of this notice of appeal, and for the avoidance of doubt, the scope of this notice includes the order entered March 11, 2022 (docket number 141).

Dated:  December 6, 2022                    Respectfully submitted,

/s/ Thomas R. Lynch
Thomas Ryan Lynch (VSB 73158)
Asmar, Schor & McKenna, PLLC
5335 Wisconsin Avenue, NW, Suite 400
Washington, DC 20015
Tel:     202-464-8682
Fax:    202-686-3567
Email: tlynch@asm-law.com

*Counsel for Plaintiffs John and Dawn Harrell*

1

## **CERTIFICATE OF SERVICE**

I, Thomas Lynch, hereby certify that on the 6th day of December 2022, I served a true and correct copy of the foregoing on the following counsel of record through the Court's CM/ECF System:

E. Andrew Burcher
Michael J. Coughlin
Walsh, Colucci, Lubeley & Walsh, P.C.
310 Prince William Parkway, Suite 300
Prince William, VA 22192
*Counsel for Defendant Douglas DeLuca*

        /s/ Thomas R. Lynch
        Thomas R. Lynch (VSB 73158)
        Asmar, Schor & McKenna, PLLC
        5335 Wisconsin Avenue, NW, Suite 400
        Washington, DC 20015
        Tel:    202-464-8682
        Fax:   202-686-3567
        Email: tlynch@asm-law.com
        *Counsel for Plaintiffs John and Dawn Harrell*