**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **JOHN E. HARRELL** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **Case No.: 1:20-cv-00087** |
| **DAWN D. HARRELL** | ) | **(AJT/IDD)** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DOUGLAS M. DELUCA** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**FINAL DISMISSAL ORDER**

The parties have reached a settlement in this matter, as evidenced by the endorsement of their counsel below.  The parties notice and stipulate that this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees. The Final Judgment entered by the Court on November 7, 2022, is deemed released and satisfied, and all obligations to pay costs are deemed released and satisfied. It is hereby ORDERED that this case is DISMISSED, with prejudice.

**Date:**  06/13/2024

_____
Anthony J. Trenga
Senior U.S. District Judge

_____/s/_____
Michael J. Coughlin, Esq.
Counsel for Defendant

_____/s/_____
Thomas Lynch, Esq.
Counsel for Plaintiffs